# EXHIBIT 1

ORAL AND VIDEOTAPED DEPOSITION OF
ROBERT SALINAS

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF TEXAS
 2                      HOUSTON DIVISION
    ROBERT SALINAS              )
 3                              )
    VS.                         ) CIVIL ACTION NO.
 4                              )       4:14-CV
    KROGER TEXAS, L.P.          )
 5

 6

 7

 8

 9

10

11          ORAL AND VIDEOTAPED DEPOSITION OF

12                   ROBERT SALINAS

13                    JUNE 2, 2015

14                   VOLUME 1 OF 1

15

16

17

18

19

20  ORAL DEPOSITION OF ROBERT SALINAS, produced as a
    witness, duly sworn by me at the instance of the
21  Defendant, taken in the above-styled and numbered cause
    on June 2, 2015, from 9:59 a.m. to 5:12 p.m., before
22  Mylinda Tubbs Faircloth, Certified Shorthand Reporter
    No. 2896 in and for the State of Texas, via machine
23  shorthand, at Caycedo Law, 14090 Southwest Freeway,
    Suite 300, Sugar Land, Texas 77478, pursuant to the
24  Federal Rules of Civil Procedure and any provisions
    stated on the record.
25
```

Page 38

1    1    A.  Rosenberg-Richmond area.  They -- they closed
2    2  down already.
3    3    Q.  Is that the one that was on 59 or a different
4    4  one?
5  10:34  5    A.  On Highway 90.
6    6    Q.  Okay.  When did you work on the night crew at
7    7  Gerland's?
8    8    A.  I worked -- I worked, like, in the morning
9    9  with Kroger's.
10  10:34  10    Q.  Right.
11    11    A.  And then in the evenings I would work that
12    12  overnight shift.
13    13    Q.  I'm sorry, that was a bad question.
14    14         Like, what time frame was this, when you
15  10:34  15  were younger or how long ago was this?
16    16    A.  Oh, I was younger.
17    17    Q.  Okay.
18    18    A.  I was much younger.
19    19    Q.  Like, how many years ago do you think?
20  10:34  20    A.  Oh, let me see.  Oh, long time, long time.
21    21  Like 25, 27 years ago.
22    22    Q.  How long did you work for Gerland's?
23    23    A.  I only worked for Christmas money, that's it,
24    24  to help me buy presents for my kids.
25  10:35  25    Q.  How long --

Page 39

1    1    A.  It was for only, like, maybe two -- two, three
2    2  months, that's it.
3    3    Q.  Did you -- did you quit?
4    4    A.  Yes, I quit.
5  10:35  5         THE REPORTER:  (Sneezing.)
6    6         MR. BARRON:  Bless you.
7    7         THE WITNESS:  Bless you.
8    8    A.  I quit.
9    9    Q.  (By Mr. Barron)  Any other jobs?
10  10:35  10    A.  No, sir.
11    11    Q.  We've covered all the jobs that you -- that
12    12  you can recall?
13    13    A.  Yes, sir.
14    14    Q.  Do you have a Facebook account?
15  10:35  15    A.  No.
16    16    Q.  You don't use Facebook at all?
17    17    A.  I don't know how to do Facebook.
18    18    Q.  It's -- I find that it's a little compli --
19    19  more complicated than people think.
20  10:35  20    A.  I don't know how to do that.
21    21    Q.  I agree with you.  Do you have a My Space or
22    22  Twitter or any of those types of accounts?
23    23    A.  No, sir.  I don't know how to do that.
24    24    Q.  Okay.  Do you have a cell phone?
25  10:36  25    A.  Yes.

Page 40

1    1    Q.  Do you have -- do you have any family members
2    2  that use Facebook that you know of?
3    3    A.  Yeah.  My kids.  Maybe my kids and my nieces,
4    4  they probably -- probably do it.
5  10:36  5    Q.  Okay.  Do they communicate with you via
6    6  Facebook at all?
7    7    A.  And my cousin Arnold, he does Facebook.
8    8    Q.  Okay.  But do they -- to your knowledge, do
9    9  they post anything on Facebook about you?
10  10:36  10    A.  That I know, maybe my son, they might take a
11    11  picture of me working right next to a car or something,
12    12  one of those -- my cars or something; but that would be
13    13  the only thing.  I don't -- I don't know how to do
14    14  Facebook.
15  10:36  15    Q.  Okay.  I want to talk to you about
16    16  Mr. Castillo that you worked with at Kroger.  Do you
17    17  know who I'm talking about?
18    18    A.  Yes, sir.
19    19    Q.  He's the one that -- that you're alleging put
20  10:37  20  a knife to your throat --
21    21    A.  Yes, sir.
22    22    Q.  -- in April 2012.  I want to know the first
23    23  time you met Mr. Castillo.
24    24    A.  The first time?
25  10:37  25    Q.  Yeah.

Page 41

1    1    A.  I knew of him, but I never -- I didn't -- I
2    2  didn't have any -- I didn't really talk to him.  I knew
3    3  his cousin.
4    4    Q.  Okay.  Let's talk about that.
5  10:37  5    A.  His cousin Ralph, his cousin Ralph, he lives,
6    6  like, down the street from my house.  They -- they
7    7  bought a house on the street.  I know his cousin.
8    8    Q.  Okay.  So David Castillo's cousin is Ralph?
9    9    A.  Palacios.
10  10:37  10    Q.  Palacios?  Palacios.
11    11    A.  Uh-huh.
12    12    Q.  Okay.
13    13    A.  That's his cousin.  He's got a cousin named
14    14  Robert and Becky.  They all are living in that same
15  10:38  15  house with their mom and dad.
16    16    Q.  How long have you known Ralph Palacios?
17    17    A.  A long time.
18    18    Q.  Because you live on the same --
19    19    A.  I went to school with -- well, me and Robert,
20  10:38  20  too.  Robert -- I went to school with Robert.  I think
21    21  Ralph might be a little bit older than me, maybe about a
22    22  year older than me.
23    23    Q.  Okay.  Just so I'm clear, so Ralph Palacios is
24    24  David Castillo's cousin and he lives on your same
25  10:38  25  street?

ROBERT SALINAS                                    Pages 38 - 41

Page 42

```
1     1    A.  But farther down the road.
2     2    Q.  Okay.
3     3    A.  Not -- not on my same street -- yeah, but
4     4  farther down.
5 10:38 5    Q.  Okay.  And then there's Robert, who -- who's
6     6  his --
7     7    A.  That's his brother.  I mean, that's Ralph's
8     8  brother.
9     9    Q.  That's Ralph's brother?
10 10:38 10    A.  Uh-huh.
11    11    Q.  And they're both cousins of Castillo?
12    12    A.  Yes, and Becky.  Becky got married and --
13    13  Becky got married.  I think Ralph -- I think Ralph is
14    14  single.  And Robert, I think Robert -- I'm not a hundred
15 10:38 15  percent -- I don't know if he's married or not.
16    16    Q.  And you said you went to school with who?
17    17    A.  Robert and Becky.
18    18    Q.  Are you talking, like, all the way through
19    19  school, like elementary school, junior high, that kind
20 10:39 20  of thing or --
21    21    A.  Yeah, and junior high.
22    22    Q.  Junior high?
23    23    A.  Yeah.  And high school a little bit, because I
24    24  didn't finish school.
25 10:39 25    Q.  Right.  When -- when you were going to school
```

Page 43

```
1     1  with them, did they ever talk about David Castillo?
2     2    A.  No.
3     3    Q.  Did you know who he was?
4     4    A.  At that time, huh-uh, I didn't know about him
5 10:39 5  until later.
6     6    Q.  Do you know if David Castillo grew up in the
7     7  Richmond-Rosenberg area, as well?
8     8    A.  Yes.
9     9    Q.  All right.  So I'm now -- I'm going to go back
10 10:39 10  to my original question now where it started.  When was
11    11  the first time you -- you met Mr. Castillo?
12    12    A.  I'm trying to remember.  God.  Probably
13    13  through some friends back when he was in his -- his
14    14  early 20s, you know, like, when he had that ice cream
15 10:40 15  parlor and all that stuff going on.  And -- next to
16    16  Kroger's, around that time that I knew of him, but I
17    17  didn't consider him as a real friend because I didn't
18    18  really know him.
19    19    Q.  But you would have saw him at, like, social
20 10:40 20  events --
21    21    A.  Yeah.
22    22    Q.  -- out?
23    23    A.  I would see him, yeah, I -- but I didn't
24    24  know -- I would see him but I wouldn't have any -- I
25 10:40 25  wouldn't talk to him.
```

Page 44

```
1     1    Q.  But you knew who he was?
2     2    A.  He -- I knew who he was and who he was related
3     3  to, but I didn't have any contact with him.
4     4    Q.  Okay.  So I want to try to get a sense of, how
5 10:40 5  many times did you run into him at the ice cream parlor
6     6  or just around town or at -- over at Ralph -- Ralph and
7     7  Robert's house or anything like that?
8     8    A.  He didn't come very -- I don't know how many
9     9  times.  He -- when we went out there and the other guys
10 10:40 10  down the street, we went to Ralph's house to play
11    11  football.  And I ain't never seen him out there when we
12    12  were little.  I ain't never seen David out there.
13    13    Q.  Okay.
14    14    A.  We just went and played football.
15 10:41 15    Q.  So prior to -- when was the first time you
16    16  actually saw Mr. Castillo in the workplace at Kroger?
17    17  Would that be at Store 10?
18    18    A.  I saw him -- I saw him at -- no, I saw him
19    19  once at 09.
20 10:41 20    Q.  When you were at 9?
21    21    A.  Uh-huh.
22    22    Q.  Okay.
23    23    A.  I saw him once over there.
24    24    Q.  Okay.  Was he also working at 9, or did he
25 10:41 25  just come into the store?
```

Page 45

```
1     1    A.  I wasn't a hundred percent sure.  I think he
2     2  was working over at 9.
3     3    Q.  You were both working at 9?
4     4    A.  Uh-huh.
5 10:41 5    Q.  Okay.  So the first time you would have had
6     6  contact with him in a workplace at Kroger would have
7     7  been at Store 9, is that fair?
8     8    A.  Yes.
9     9    Q.  And that would have been about what -- what
10 10:41 10  year?
11    11    A.  That was about five years ago.
12    12    Q.  So --
13    13    A.  Four -- four and a half maybe.
14    14    Q.  2010, 2011?
15 10:41 15    A.  When -- when I got my transfer, right before I
16    16  got my transfer, they moved him already.  They had
17    17  moved him.
18    18    Q.  Do you remember when you got your transfer to
19    19  Store 10?
20 10:42 20    A.  Yeah, it's been a while.  Let's see.  It
21    21  should be, like, four years or four and a half.  I'm not
22    22  sure.  About four and a half probably.
23    23    Q.  So you're looking at probably sometime in
24    24  2011?  Does that sound about right?
25 10:42 25    A.  Yes.
```

ROBERT SALINAS

Page 46

```
 1    1   Q. Okay.
 2    2   A. Yes, sir.
 3    3   Q. Okay. So you -- you saw Mr. Castillo, you
 4    4 think, for the first time at Kroger at Store 9 sometime
 5 10:42 5 in that 2011 ballpark. Prior to that point, when was
 6    6 the last time you had seen him?
 7    7   A. I seen him at Rosenberg, when he was working
 8    8 at Rosenberg.
 9    9   Q. Okay. And when you say when he was working at
10 10:42 10 Rosenberg, what are you talking about?
11   11   A. Kroger's. When I was there, he was working
12   12 there, too.
13   13   Q. Okay. Which store was this?
14   14   A. Store 10.
15 10:42 15   Q. Okay. I'm a little confused now. So the --
16   16 the knife incident happened at Store 10?
17   17   A. Yes.
18   18   Q. In April of 2012?
19   19   A. Yes.
20 10:43 20   Q. Okay. And -- and so you worked with
21   21 Mr. Castillo at Store 10, is that right?
22   22   A. Yes.
23   23   Q. Okay. Did you also work with him before that
24   24 at Store 9?
25 10:43 25   A. We didn't work together. I worked -- I work
```

Page 47

```
 1    1 in the mornings. And if he worked, when I saw him he
 2    2 was coming in the evening shift and I was leaving.
 3    3   Q. But you worked at the same store at Store 9?
 4    4   A. Yes.
 5 10:43 5   Q. For some period of time?
 6    6   A. I don't know how long he worked there.
 7    7   Q. Okay. Before that, had you ever worked with
 8    8 Mr. Castillo?
 9    9   A. Ever?
10 10:43 10   Q. At Kroger, yeah.
11   11   A. No, just those two stores. That's it.
12   12   Q. So now we've gone back to about 2011 or so.
13   13 Before that, what type of contact did you have with
14   14 Mr. Castillo, if any?
15 10:43 15   A. None.
16   16   Q. Just social, out and about?
17   17   A. That was it. I mean, I didn't ever talk to
18   18 him. I didn't -- I didn't talk to him until, you know,
19   19 in '010 -- in '010
20 10:43 20   Q. Okay. If you had seen him, say, in '08 and if
21   21 he walked up to you and said hello, would you know who
22   22 he was?
23   23   A. I'd know of him --
24   24       MR. CAYCEDO: Objection, speculation.
25   25   A. -- but I -- I didn't know --
```

Page 48

```
 1    1       COURT REPORTER: Whoa, whoa, whoa. I'm
 2    2 sorry. Did you object?
 3    3       MR. CAYCEDO: Yes.
 4    4       COURT REPORTER: Okay. I -- I didn't
 5    5 hear anything at all.
 6    6       MR. CAYCEDO: I said, Objection,
 7    7 speculation.
 8    8       COURT REPORTER: Thank you. I'm sorry.
 9    9 Go ahead.
10 10:44 10   A. I mean, I would know of him but I wouldn't
11   11 speak to him. I had no reason to talk to him. I didn't
12   12 really know him like -- like my other friends. I
13   13 wouldn't hang out with him or anything like that.
14   14   Q. (By Mr. Barron) I understand that. I'm just
15 10:44 15 trying to get a sense of, if you saw him walking down
16   16 the street, would you recognize him?
17   17   A. I would recognize him, yes.
18   18   Q. Okay. So you knew him well enough to know,
19   19 Hey, that's David Castillo, if you saw him walking down
20 10:44 20 the street, right?
21   21   A. Yes.
22   22   Q. Okay. But -- but what you're saying is, you
23   23 weren't friendly with him and you didn't hang out with
24   24 him, right?
25 10:44 25   A. I'm not saying I wasn't friendly with him. I
```

Page 49

```
 1    1 just didn't know him. I didn't know him like the rest
 2    2 of the guys. I mean, I only hang out with the guys that
 3    3 I knew.
 4    4   Q. And sometimes when you were hanging out with
 5 10:44 5 the guys that you knew, you would run into him; is that
 6    6 fair?
 7    7   A. I would see him on the -- on the road, on the
 8    8 streets.
 9    9   Q. When you say "on the road, on the streets,"
10 10:44 10 what do you mean?
11   11   A. Like, he would be driving -- driving his car.
12   12   Q. Driving his car where? I know it's a big
13   13 city. I'm just trying to get a feel for where you would
14   14 run into him when he was driving his car.
15 10:45 15   A. It could be on Avenue H. It could be on -- or
16   16 Avenue I, just driving by when he was going the opposite
17   17 way.
18   18   Q. Okay. Did you know what kind of car he drove?
19   19   A. I knew the car he was driving. It was a black
20 10:45 20 Taurus.
21   21   Q. You knew that before you were working with him
22   22 at Kroger?
23   23   A. Yes.
24   24   Q. So you -- you knew of him well enough to know
25 10:45 25 what kind of car he drove?
```

Page 50

```
 1    1    A.  He drove a black Taurus.
 2    2    Q.  Did you know where he lived?
 3    3    A.  No, I didn't.
 4    4    Q.  Prior to your contact with Mr. Castillo at
 5 10:45 5  Kroger did you have any knowledge of his history in
 6    6  terms of, like, whether he was married, whether he had
 7    7  kids, anything like that?
 8    8    A.  He said that at work, that he had kids and he
 9    9  was married.
10 10:45 10    Q.  Okay.  I want -- I want to stop you, because I
11   11  want to know about the time period before -- now I'm
12   12  asking you about the time period before you were working
13   13  together at Kroger.
14   14    A.  Before?
15 10:46 15    Q.  Yeah.  Did you have any sense of --
16   16    A.  Oh, no, I didn't know.  I didn't know that.
17   17    Q.  Okay.
18   18    A.  No, I didn't -- I didn't know that.
19   19    Q.  Because you said you would recognize him if
20 10:46 20  you saw him walking down the street, and you knew you
21   21  would recognize his car, so you knew a little bit about
22   22  who he was.  Did you know, for example -- this is again
23   23  before you met him at Kroger, again.
24   24    A.  Yes.
25 10:46 25    Q.  Did you know what his history was, about
```

Page 51

```
 1    1  whether he was married, had kids, anything like that?
 2    2    A.  No, I didn't know that, huh-uh.
 3    3    Q.  Do you know whether he liked to go to bars or
 4    4  anything, information like that?
 5 10:46 5    A.  He would go to the ice house.
 6    6    Q.  And how did you know he liked to go to the ice
 7    7  house?
 8    8    A.  He would run into my sister and my
 9    9  brother-in-law.
10 10:46 10    Q.  And you knew that before you met him at
11   11  Kroger, right?
12   12    A.  Yes.
13   13    Q.  Did he talk to your sister and brother-in-law?
14   14    A.  Paul, yes.
15 10:46 15    Q.  Were they -- were they -- I'm sorry, go ahead.
16   16    A.  Yes.  I don't know what they talked about.
17   17    Q.  Okay.  But were they friends?
18   18    A.  My sister was upset with him.
19   19    Q.  What was she upset with him about?
20 10:47 20    A.  The things he did to me.
21   21    Q.  Okay.  I'm -- I'm assuming she got upset with
22   22  him after the -- the knife incident, correct, or was she
23   23  upset with him before that?
24   24    A.  No, after all the incidents that happened to
25 10:47 25  me were -- and then before that she was not mad at him.
```

Page 52

```
 1    1    Q.  Okay.  So I want to focus you on the time
 2    2  period before you were working together with
 3    3  Mr. Castillo at Kroger.  Okay?  Are we focused on that
 4    4  time period?
 5 10:47 5    A.  Yes.
 6    6    Q.  Okay.  This is before the knife incident.  Was
 7    7  Mr. Castillo and your sister and brother-in-law going to
 8    8  the ice house during that time period?
 9    9    A.  They weren't going together.  They get --
10 10:47 10  they're in their own car.
11   11    Q.  No, I understand.  But did they --
12   12    A.  They might run into him.
13   13    Q.  That's what I mean.
14   14    A.  But, yeah.  But they didn't, like, sit
15 10:47 15  together or something like that.  But, like, that, they
16   16  sit somewheres else and they'd sit somewhere.  But
17   17  they'd run into him.
18   18    Q.  Okay.  Were -- were they friendly?
19   19       MR. CAYCEDO:  Objection, speculation.
20 10:48 20    A.  I can't say that.  I don't know that.  I
21   21  wasn't there.  I don't know that.
22   22    Q.  (By Mr. Barron)  Okay.  Do you -- did you know
23   23  before you were working with Mr. Castillo at Kroger that
24   24  Mr. Castillo liked to go to the ice house?  Was that
25 10:48 25  something that -- that you knew because of your sister?
```

Page 53

```
 1    1    A.  No, no, I don't know.  I can't -- it's hard
 2    2  for me to answer that.  I don't know what bars he'd
 3    3  really go to.
 4    4    Q.  Did you ever see him at bars before you worked
 5 10:48 5  with him at Kroger?
 6    6    A.  No, huh-uh.  It's been a long -- I mean, back
 7    7  in my time I was mostly in Houston, because I worked in
 8    8  Houston and I would go to a Stafford bar.  I would go to
 9    9  a Stafford bar or Houston bar.  So we really didn't run
10 10:48 10  into each other like that.
11   11    Q.  Okay.  So now I'm asking you just, generally,
12   12  some information about Mr. Castillo.  This is not any
13   13  particular time period.
14   14       Do you know if he's ever been married?
15 10:49 15    A.  He said he was married.
16   16    Q.  Okay.  What did he tell you?
17   17    A.  He was married and he had kids.  And he said
18   18  he didn't know if the kids were his or some other man's.
19   19  And he...
20 10:49 20    Q.  How many kids does he have?
21   21    A.  Oh, I don't know how many kids he's got.  He
22   22  just said he had kids.  He never told me.
23   23    Q.  Did he have a wife or -- or was he divorced?
24   24    A.  He -- he had a wife.
25 10:49 25    Q.  Okay.  Did --
```

Page 54

1    1    A. She would -- she would come shop in the store
2    2 over there and -- and buy groceries.
3    3    Q. This is --
4    4    A. She'd buy --
5 10:49 5    Q. – Store 10?
6    6    A. The lady would come inside the store and buy
7    7 groceries, uh-huh.
8    8    Q. Let's try not to talk over each other.
9    9        So Mr. Castillo's wife would shop at
10 10:49 10 Store 10?
11    11    A. Yes.
12    12    Q. Did you ever see her?
13    13    A. Yes.
14    14    Q. Did you ever talk to her?
15 10:49 15    A. No.
16    16    Q. How old was she?
17    17    A. Oh, I don't know how old she is.
18    18    Q. Was she, you know --
19    19    A. She's an older lady.
20 10:50 20    Q. Okay. So, like, 50s? 60s?
21    21    A. No, not that old.
22    22    Q. Okay.
23    23    A. Probably about -- probably 45.
24    24    Q. Okay. And I understand you -- this is just
25 10:50 25 your best guess. I'm not going to hold you to it.

Page 55

1    1    A. She don't -- I haven't seen her no more. She
2    2 don't shop there anymore. I haven't seen her anymore
3    3 since all this happened. I don't -- I don't know if she
4    4 shops still there, but I don't see her anymore.
5 10:50 5    Q. So Mr. Castillo had a wife that looked to be
6    6 about 45 years old who shopped at Store 10?
7    7    A. 45, 50, I don't know.
8    8    Q. Okay. And do you know if he had any children
9    9 with her?
10 10:50 10    A. With that woman?
11    11    Q. Yeah.
12    12    A. I don't know if they -- his kids are from that
13    13 woman or another marriage. I don't know.
14    14    Q. Do you know if he had -- Mr. Castillo had been
15 10:50 15 married before to a woman other than the -- the lady
16    16 that you saw in the store?
17    17    A. I can believe -- he didn't tell me that he was
18    18 married to another woman, but he said he was paying
19    19 child support to a woman. That's what he told me.
20 10:50 20    Q. Do you know how many children he had that he
21    21 was paying child support for?
22    22    A. No, I'm not a hundred percent sure.
23    23    Q. Did you get the feeling there was more than
24    24 one?
25 10:51 25    A. It's a possibility, more than one, because he

Page 56

1    1 said that -- he said those kids might not be his and he
2    2 -- he might want his money back.
3    3    Q. But did he use the word "kids," like plural,
4    4 or just "kid"? Like, kids, more than one?
5 10:51 5    A. Kids with an S.
6    6    Q. Okay.
7    7    A. But he said he wanted his money back because
8    8 he don't know if those babies are his, those kids are
9    9 his.
10 10:51 10    Q. Do you know why he didn't -- he didn't think
11    11 those kids were his?
12    12    A. Oh, I don't know. He said that she was -- his
13    13 wife was messing around a lot.
14    14    Q. And do you know how -- any idea how old those
15 10:51 15 kids were?
16    16    A. Oh, no, sir.
17    17    Q. Other than the wife that you saw in the store,
18    18 do you know if he was having romantic relationships with
19    19 anybody -- any other females at the time that you worked
20 10:52 20 with him at either Store 9 or Store 10?
21    21    A. He had other women calling him at Kroger's,
22    22 and he -- he would say that he was talking to other
23    23 women and...
24    24    Q. Do you know any of their names?
25 10:52 25    A. I didn't know their names. Other -- other

Page 57

1    1 women would call him at the store early hours of the
2    2 morning, and he would -- he would talk to them on the
3    3 phone for a long time.
4    4    Q. And do you -- did you believe those were
5 10:52 5 maybe, like, girlfriends or something?
6    6    A. He told me he was talking to other women.
7    7    Q. Okay.
8    8    A. And he was getting in trouble for it.
9    9    Q. With his wife?
10 10:52 10    A. Uh-huh, he said.
11    11    Q. Did you ever hear any of these conversations?
12    12    A. They were kind of far away from me.
13    13    Q. Do you believe him, that he was talking to
14    14 women on the phone?
15 10:53 15    A. Yes.
16    16    Q. During the time that you worked with
17    17 Mr. Castillo did you ever see him with a man, like in a
18    18 romantic relationship?
19    19    A. No, sir.
20 10:53 20    Q. Did he ever tell you that he was gay or
21    21 homosexual?
22    22    A. He told me that he's been with men.
23    23    Q. What exactly did he tell you?
24    24    A. He told me that he's been -- he says, You
25 10:53 25 don't know me but I've been locked up, and I raped guys

ROBERT SALINAS                                    Pages 54 - 57

Page 58

1  1 your size. And he said I had a body like a woman. And
2  2 he told me he'd rather be with a -- a man than a woman,
3  3    Q. Do you know whether he was joking or serious
4  4 when he said that?
5 10:53 5    A. He wasn't joking. He wasn't laughing.
6  6    Q. How many times did he say things like that?
7  7    A. Like that, how many times, I can't remember
8  8 how many times.
9  9    Q. Like a, couple of times?
10 10:54 10    A. It's hard to say. I can't remember.
11  11    Q. Well, I need your best recollection. Because
12  12 this is my only chance to ask you questions in this
13  13 lawsuit, so I'd like your best recollection, sitting
14  14 here today.
15 10:54 15    A. Let's see. At least three or four times.
16  16    Q. How long do you think you -- in total that you
17  17 worked with him?
18  18    A. How long I worked with him?
19  19    Q. Yeah. About a year, two years?
20 10:54 20    A. About -- probably a year, a little over.
21  21    Q. A little over a year?
22  22    A. A little over, yeah.
23  23    Q. Other than those comments that you just
24  24 mentioned, did he ever say or do anything that led you
25 10:55 25 to believe that he was gay or homosexual?

Page 59

1  1    A. Yes.
2  2    Q. Okay. What?
3  3    A. The way he talked to me, and he -- and he
4  4 touching me and grabbing me.
5 10:55 5    Q. Okay. And I'm going to get to all those
6  6 details. I guess, let's -- I'm going to get to those.
7  7 Let me try to break this up. Did you ever see him do
8  8 anything towards anybody else that led you to believe
9  9 that he was gay or homosexual?
10 10:55 10    A. At first I wasn't sure.
11  11    Q. Okay. Why not? Why -- why weren't you sure?
12  12    A. I wasn't sure until he -- and then -- until he
13  13 started making moves on me. And then I discussed it
14  14 with Tony.
15 10:55 15    Q. All right. Let me stop you there, because
16  16 we're going to get there. Did you -- let me ask some
17  17 better questions. Did you ever see him touch any other
18  18 male employees at Kroger?
19  19    A. No, sir.
20 10:55 20    Q. Let me ask it a little different way. Did you
21  21 ever see him touch a male in a sexual way at all, not an
22  22 employee, but a customer or anyone?
23  23    A. Or anyone else?
24  24    Q. Yeah.
25 10:56 25    A. No, sir.

Page 60

1  1    Q. Even when you saw him out and about, the few
2  2 times that you said you saw him out and about and you
3  3 knew who he was, did you ever see him touching a man in
4  4 a sexual way?
5 10:56 5    A. No, sir.
6  6    Q. Other than the comments he made to you, did
7  7 you ever hear him, in any location at all, in Kroger,
8  8 outside of Kroger, make any sexual comments towards any
9  9 other men?
10 10:56 10    A. No, sir.
11  11    Q. Did anybody ever tell you that Mr. Castillo
12  12 was a homosexual or -- or gay?
13  13    A. They -- they didn't say anything until
14  14 afterwards when they heard what happened, when they --
15 10:56 15 when everybody heard what happened to me, they said --
16  16 they were saying those things.
17  17    Q. Okay. Who -- who was saying those things?
18  18    A. My friends, they said that -- that -- that he
19  19 was gay.
20 10:56 20    Q. Okay. Who are your friends? Who said that?
21  21    A. My friends, like Steve.
22  22    Q. Who is Steve? Does he work at Kroger?
23  23    A. Huh-uh.
24  24    Q. Okay. What did Steve say?
25 10:57 25       MR. CAYCEDO: Is that a "no"?

Page 61

1  1       THE WITNESS: Huh?
2  2       MR. CAYCEDO: You need to answer with
3  3 a "yes" or "no."
4  4    Q. (By Mr. Barron) Yeah, I need a "yes" or "no"
5 10:57 5 instead of "uh-huh."
6  6    A. Oh, Steve works at a car lot.
7  7    Q. How does he know Castillo?
8  8    A. He said he would go to his job and talk -- he
9  9 would talk to him.
10 10:57 10    Q. Okay. And -- and Steve said he thought that
11  11 Mr. Castillo was gay?
12  12    A. After what he did to me.
13  13    Q. Okay. Just because -- based on what you told
14  14 him?
15 10:57 15    A. Uh-huh.
16  16    Q. Any -- any other reason why he thought that he
17  17 was gay, that you know of?
18  18    A. That I know of, no, sir.
19  19    Q. Okay. Anybody else that told you that -- that
20 10:57 20 they thought that Mr. Castillo was gay?
21  21    A. My family members.
22  22    Q. And was that based on the things that you told
23  23 them had happened at work?
24  24    A. Yes, sir.
25 10:57 25    Q. Has anybody shared with you any stories about

Page 62

1   1 Mr. Castillo of things that they saw him do to any other
2   2 people that led them to believe that he was gay?
3   3      A.  No, sir.
4   4      Q.  During the time that you worked with
5 10:58 5 Mr. Castillo, did you ever hear him make sexual comments
6   6 about women, like, Hey, I would like to have sex with
7   7 her, or, She's attractive, or anything like that?
8   8      A.  Yes.
9   9      Q.  Okay.  What kinds of comments did you hear?
10 10:58 10      A.  He said that he was -- when he got -- he was
11  11 going to -- after he got through with Gloria that she's
12  12 not going to be able to walk right, when he'd get done
13  13 with her.
14  14      Q.  Okay.  So he made some -- some sexual comments
15 10:59 15 about Gloria?
16  16      A.  Uh-huh.
17  17      Q.  Did he say anything else about Gloria that was
18  18 sexual, that you can recall?
19  19      A.  And he said when he gets done with her she's
20 10:59 20 not going to -- just that, that's what he said.
21  21      Q.  Okay.  How about anything -- any other sexual
22  22 remarks like that in regards to other women?
23  23      A.  With other women?
24  24      Q.  Yeah.  Like customers, Hey, she's good
25 10:59 25 looking, or anything like that?

Page 63

1   1      A.  Yeah, he would say that she's, you know, good
2   2 looking, yeah, she's a pretty woman.
3   3      Q.  So if a pretty --
4   4      A.  He would say that about customers when he sees
5 10:59 5 one.
6   6      Q.  So if a pretty woman came in the store --
7   7      A.  Yeah, he would -- he would make remarks.
8   8      Q.  Okay.
9   9      A.  Yes.
10 10:59 10      Q.  All right.  And you recall him doing that?
11  11      A.  Uh-huh.
12  12      Q.  Do you recall him ever making remarks like
13  13 that about a man that walked in the store?
14  14      A.  No, sir.
15 10:59 15      Q.  Was there anything about the way Mr. Castillo
16  16 dressed or he appeared on a daily basis that you would
17  17 say would lead you to believe he's gay or homosexual?
18  18      A.  Yes, he -- the way he looked at me.
19  19      Q.  Okay.
20 11:00 20      A.  The way he looked at me.  He didn't look at me
21  21 right.  He would look at me -- he wouldn't look at me
22  22 right.  And then he would try to walk like a woman.
23  23      Q.  What do you mean by that?
24  24      A.  And he would laugh.
25 11:00 25      Q.  What do you mean by that?

Page 64

1   1      A.  He wouldn't walk right, just moving all over
2   2 the place, and he would be laughing.  And he'd think
3   3 it's funny.
4   4      Q.  Anything else?
5 11:00 5      A.  And I told Tony about it.  Tony -- Tony would
6   6 -- Tony -- I don't know if he believed me or not.
7   7      Q.  Okay.  Any -- anything else that he -- that he
8   8 did that -- that would lead you -- other -- other than
9   9 the things he said to you, which we're going to get to,
10 11:00 10 was there anything else that led you to believe that he
11  11 was gay?
12  12      A.  The name calling.
13  13      Q.  Okay.  Anything else?
14  14      A.  After -- because of the touching, the
15 11:00 15 touching, that made me more believe that he was like
16  16 that.
17  17      Q.  Okay.  Anything else?
18  18      A.  That's all I can remember.
19  19      Q.  All right.  Let's talk about your --
20 11:01 20          MR. BARRON:  Do you want to take a
21  21 break?
22  22          MR. CAYCEDO:  Yeah, if you don't mind.
23  23          MR. BARRON:  Sure.
24  24          MR. CAYCEDO:  I'm just going to run down
25 11:01 25 the hall real quick.

Page 65

1   1          MR. BARRON:  Yeah.
2   2          THE VIDEOGRAPHER:  We're going off the
3   3 record, approximately 11:01 a.m.
4   4          (Brief recess.)
5 11:13 5          THE VIDEOGRAPHER:  We're coming back on
6   6 the record, approximately 11:14 a.m.
7   7      Q.  (By Mr. Barron)  Mr. Salinas, you understand
8   8 we're back on the record now?
9   9      A.  Yes, sir.
10 11:13 10      Q.  You're still under oath, right?
11  11      A.  Yes, sir.
12  12      Q.  Okay.  You testified earlier about a lady
13  13 named Gloria that you work with.  Do you recall that
14  14 testimony?
15 11:13 15      A.  Yes.
16  16      Q.  You said you'd been seeing her as your
17  17 girlfriend for about -- in October it will be four
18  18 years?
19  19      A.  Yes.
20 11:13 20      Q.  Okay.  Do you have a sexual relationship with
21  21 Gloria?
22  22      A.  Yes.
23  23      Q.  So if we ask Gloria, she would give that same
24  24 answer, you think?
25 11:13 25      A.  Yes.

ROBERT SALINAS                                    Pages 62 - 65

Page 74

1    1    Q.  Have any of your brothers and sisters ever
2    2  worked at Kroger?
3    3    A.  Nope.  No, sir.  Wait a minute.  Let me see.
4    4  No, huh-uh.
5  11:22  5    Q.  And how did Reuben die?  You mentioned Irma
6    6  died from cancer.  How about Reuben?
7    7    A.  Reuben?
8    8    Q.  Yeah.  How did he die?
9    9    A.  Oh, he got -- he got shot.
10  11:22  10    Q.  Like in a crime --
11    11    A.  Yes.
12    12    Q.  -- situation?
13    13    A.  Yes.
14    14    Q.  Where was he shot?
15  11:22  15    A.  In the chest.
16    16    Q.  But was -- was he at a bar?  Was he at home?
17    17  Where was he?
18    18    A.  He was at home.
19    19    Q.  Okay.  Did they catch the person that did it?
20  11:22  20    A.  I know of no -- I don't know.  They're saying
21    21  that he -- he -- he did it, but he didn't do it.  I'm --
22    22  in my heart, I don't think he did it.  And -- because
23    23  his wife -- his wife was shot, too, and he was shot.
24    24  But I don't know.
25  11:22  25    Q.  Okay.

Page 75

1    1    A.  Because it was four times, so I told the
2    2  police, There's somebody out there that shot him four
3    3  times in the chest.
4    4    Q.  And you said you live with your mother.  Where
5  11:22  5  is your father?
6    6    A.  My father died.
7    7    Q.  Okay.  How old were you -- how old were you
8    8  when he died?
9    9    A.  Oh, I was in my 20s.
10  11:23  10    Q.  Did your mother ever remarry?
11    11    A.  Oh, no.  No, sir.
12    12    Q.  So all of these brothers and sisters we just
13    13  mentioned were from your -- from the same marriage that
14    14  your mother --
15  11:23  15    A.  Same.
16    16    Q.  -- mother and father?
17    17    A.  Yes.
18    18    Q.  Okay.  All right.  Now going back to my
19    19  original question, are you aware of any sort of sexual
20  11:23  20  abuse or problems amongst your brothers and sisters?
21    21    A.  No, sir.
22    22    Q.  Okay.  All right.  Let's talk about your --
23    23  your history at Kroger.  When were you hired?
24    24    A.  In November, '81.
25  11:23  25    Q.  And which store did you originally start

Page 76

1    1  working at?
2    2    A.  I started in Rosenberg.  It was next to
3    3  Weiner's on Avenue H.
4    4    Q.  That's going way back.  What was your first
5  11:23  5  position?
6    6    A.  I was a sacker.
7    7    Q.  And how old -- how old were you when you
8    8  started working at Kroger?
9    9    A.  I started at 16.  And -- and I worked a few
10  11:24  10  months, and then y'all went -- Kroger's went on strike.
11    11  And then I went over to Bonanza, and then I came back
12    12  after the strike.
13    13         The reason why I quit, because this man
14    14  in the meat department told me that -- he was scaring
15  11:24  15  me, in the meat department.  He said that he was going
16    16  to flatten my car up because I was walking through the
17    17  picket line.  When you walk, like, through there, when
18    18  they're on strike, and he said I can't do that.  Because
19    19  they're on strike and he said I can't work through the
20  11:24  20  picket line.
21    21         And I told him, But they need people
22    22  there to work, and I want to work.  And he got mad at
23    23  me, that meat department guy.  And he said he was going
24    24  to hurt me, beat me up and mess up my car.  And I was
25  11:24  25  just a kid and he was a grown man.  So I quit and I got

Page 77

1    1  -- I quit because I was scared.  So I went to work at
2    2  Bonanza until it settled down.
3    3    Q.  Yeah.
4    4    A.  And then -- then I came and asked for my job
5  11:24  5  back, to come back, and they said okay.
6    6    Q.  All right.
7    7    A.  And Jeanine White hired me.
8    8    Q.  So other than that -- that period where you
9    9  were -- you stopped working for Kroger during the strike
10  11:25  10  and then came back, have you worked for Kroger ever
11    11  since?
12    12    A.  Since I quit and come back?
13    13    Q.  Yes.
14    14    A.  No, this place is straight on.
15    15    Q.  Okay.
16    16    A.  Just straight on.
17    17    Q.  All right.  Tell me all the different
18    18  positions that you've worked at Kroger.
19    19    A.  I was --
20  11:25  20    Q.  You mentioned sacker.  What else have you
21    21  done?
22    22    A.  I was doing utilities cleaning.  I was
23    23  cleaning, like, the back room and the restrooms and
24    24  stuff like that.
25  11:25  25    Q.  Okay.

Page 78

1    1    A.  And sweeping floors and cleaning chrome and --
2    2  and stuff like that, and cleaning glass and taking trash
3    3  out.
4    4    Q.  So you did all those things as a sacker.  What
5  11:25  5  -- what was your next job?
6    6    A.  That was utility.
7    7    Q.  That was utility, right, which is a separate
8    8  job.
9    9    A.  Okay.  After that they put me in produce.
10  11:25  10    Q.  Okay.  And have you worked in produce ever
11    11  since then?
12    12    A.  Yes, but I help in the other departments.  But
13    13  I was in produce, and at that store they put me in
14    14  grocery.  Every once in a while I'll be in grocery.  But
15  11:26  15  then I stayed in produce all the time pretty much.  And
16    16  then later through time I did dairy, a little bit of
17    17  dairy.  But I don't know how to order dairy.  I just --
18    18  I would stock the milk and stuff.
19    19    Q.  Okay.  How -- how many times have you worked
20  11:26  20  dairy?  Would that just be, like, a shift here and
21    21  there, or did you work --
22    22    A.  No, I didn't work -- like, when somebody went
23    23  on vacation or something and we were shorthanded or
24    24  something, or somebody called in.
25  11:26  25    Q.  Okay.

Page 79

1    1    A.  It was not -- I wasn't really -- wasn't
2    2  scheduled there.  I was scheduled in my own produce.  I
3    3  would go help and fill it up a little bit, then run back
4    4  to produce.
5  11:26  5    Q.  How -- how long did it take you to get from
6    6  being, say, a sacker and utility into produce?  How --
7    7  how many years or months was that?
8    8    A.  Oh, it took me a while.
9    9    Q.  Like, how long?
10  11:26  10    A.  I was a sacker, I would say -- I would say two
11    11  and a half to three years.
12    12    Q.  All right.  And then after a sacker, you went
13    13  to utility?
14    14    A.  Yes.
15  11:26  15    Q.  And how long were you in utility?
16    16    A.  Probably about eight months.
17    17    Q.  Okay.  And then you went to produce?
18    18    A.  Produce.  And then I stayed there.
19    19    Q.  And then you stayed there.
20  11:27  20    A.  And then I stayed there, and then they moved
21    21  me to Store 187.
22    22    Q.  Okay.  That's where I'm going next, I'm going
23    23  to get to the stores.  I just want to get your jobs.
24    24  Those are all the jobs that you've held, we've talked
25  11:27  25  about them?

Page 80

1    1    A.  The ones earlier?
2    2    Q.  Yeah, we've talked --
3    3    A.  Oh, you mean with Kroger's?
4    4    Q.  Yeah.
5    5    A.  Yes.
6    6    Q.  All right.  We've talked about sacker, --
7    7    A.  Yes.
8    8    Q.  -- utility and produce.  And I know you've
9    9  filled in in the dairy and some grocery; but that's all
10  11:27  10  the jobs that you've -- positions that you've held at
11    11  Kroger, right?
12    12    A.  Yes, sir.
13    13    Q.  Okay.  Now, let's talk stores.  I want to know
14    14  which stores you've worked at.  What was your first
15  11:27  15  store location?
16    16    A.  That was Rosenberg.
17    17    Q.  Right, the one you just mentioned.  Avenue H,
18    18  I think?
19    19    A.  Uh-huh.
20  11:27  20    Q.  And how long did you work at that store
21    21  location?
22    22    A.  About six years, six years in that store.
23    23    Q.  Where did you go after that?
24    24    A.  187.
25  11:27  25    Q.  Where is that one located?

Page 81

1    1    A.  Westheimer and Gessner.  Y'all -- y'all closed
2    2  it down already.
3    3    Q.  How long were you at Store 187?
4    4    A.  Let's see, maybe two -- let's see.  Maybe two
5  11:28  5  or three years, two or three years.
6    6    Q.  What was your next store?
7    7    A.  I worked -- from there I went to -- I went to
8    8  Stafford.
9    9    Q.  Do you remember what the number was?
10  11:28  10    A.  200.  And then I was -- at that store I was
11    11  working from there, even the Rosenberg store, too.  I
12    12  did Fondren.  That store that shut down, I remember it
13    13  was Airport.  I worked the Airport store, too.
14    14    Q.  You worked at two stores at the same time?
15  11:28  15    A.  They would take me out of the store sometimes.
16    16  They -- I would go over there and they would move me
17    17  around.  I would stay, like, 200 and then they'd move me
18    18  around.  I did that store.  I did 329.  I did 334.
19    19    Q.  Were you like a floater?
20  11:29  20    A.  268.
21    21    Q.  Okay.
22    22    A.  320.  Let me think which store.  I did 600.
23    23  I'm trying to remember the stores.  Oh, remember when
24    24  the storm blew in?  And I was working -- working over
25  11:29  25  there in, like, Louisiana or Lake Charles, something

Page 82

```
 1    1  like that.  They made me work over there, and I went
 2    2  over there.
 3    3     Q.  How long did you work over there?
 4    4     A.  I don't even know.  Just like one day here and
 5 11:29 5  one day there.  It wasn't long.
 6    6     Q.  You weren't permanently stationed over there?
 7    7     A.  No, no, not transferred, huh-uh.
 8    8     Q.  Okay.  All right.  What was your next
 9    9  permanent home, permanent store?
10 11:29 10     A.  Oh, I did -- the other stores I did, it was
11   11  392.
12   12     Q.  392?
13   13     A.  Yeah.  And I did another store that shut down,
14   14  386.
15 11:29 15     Q.  Okay.  The stores that you just mentioned to
16   16  me, like 329, 334, 268 --
17   17     A.  Some of them stores shut down.
18   18     Q.  -- were those permanent locations, or were you
19   19  just, like, floating and doing shifts here and there?
20 11:30 20     A.  Oh, I was -- I was floating.  Like -- like
21   21  268, I did five years at 268.  And Stafford, I did 10
22   22  years.  And 392, I did five years.
23   23     Q.  How about 386?
24   24     A.  I was a temporary.  I -- I must have been
25 11:30 25  there three -- under six months, three -- three or four
```

Page 83

```
 1    1  months.
 2    2     Q.  Okay.  How about 600?
 3    3     A.  No, I was temporary help.  Y'all -- y'all just
 4    4  bought that.  I think it was, like, a Safeway or
 5 11:30 5  Appletree.  Y'all bought it and y'all were remodeling,
 6    6  and y'all wanted me to go over and help out, get it
 7    7  going.
 8    8     Q.  Okay.  Any other stores that you can recall?
 9    9     A.  That I can remember?  Let me see.  Oh, I
10 11:30 10  worked at a Missouri store.  I did 334, but there was
11   11  another -- y'all had another store that -- between that
12   12  area.  And there -- and there's a church in that
13   13  Missouri area where it's at.
14   14     Q.  Missouri City?
15 11:31 15     A.  Yeah.  Y'all had some stores, I think one or
16   16  two close back -- closed down over there.
17   17     Q.  Okay.
18   18     A.  And I worked over there a little bit.
19   19     Q.  Okay.  Anything else?
20 11:31 20     A.  It wasn't long.  It was just a day, you know.
21   21     Q.  Okay.  Anything else?
22   22     A.  I did 09.
23   23     Q.  Right.
24   24     A.  And then where I'm at.
25 11:31 25     Q.  And then 10?
```

Page 84

```
 1    1     A.  Uh-huh.
 2    2     Q.  Okay.  All right.  So --
 3    3     A.  That's right.
 4    4     Q.  Let's talk about 09.
 5 11:31 5     A.  Oh, I did 309.
 6    6     Q.  309.  Where is 309?
 7    7     A.  San Felipe and -- and Voss.
 8    8     Q.  How long were you there?
 9    9     A.  I don't remember.  It wasn't that long.  I
10 11:31 10  don't remember.
11   11     Q.  That's where you were immediately before 9?
12   12     A.  No, at 9 -- I wasn't there before 9.  I was at
13   13  392.
14   14     Q.  So you transferred from 392 to 9?
15 11:31 15     A.  Uh-huh.
16   16     Q.  Where is 392?
17   17     A.  Over there on Westheimer, behind the mall.
18   18     Q.  So that's a pretty good drive for you, right,
19   19  that's a long drive?
20 11:32 20     A.  Oh, it's a -- yes, it's a very long drive.
21   21     Q.  So you were living at your current address in
22   22  Rosenberg and driving to Westheimer, by the mall?
23   23     A.  Yeah.  Yeah, I would go to the back way.
24   24     Q.  Now, you worked at a lot of stores; is that
25 11:32 25  fair to say?
```

Page 85

```
 1    1     A.  Yes, sir.
 2    2     Q.  Did you ask to be transferred to all of these
 3    3  stores, or did you -- were you asked by Kroger to go to
 4    4  these stores?
 5 11:32 5     A.  No, Mr. Pena wanted me to work everywhere.  I
 6    6  was floating.
 7    7     Q.  Okay.  I know you asked for a transfer from
 8    8  392 to 9, right?
 9    9     A.  Yes.
10 11:32 10     Q.  And I know you asked for a transfer from 9 to
11   11  10?
12   12     A.  Yes.
13   13     Q.  Right?
14   14     A.  Yes, sir.
15 11:32 15     Q.  Okay.  Any other instances where you asked for
16   16  a transfer, that you can recall?
17   17     A.  No, I can't remember.  No, sir.
18   18     Q.  Well, why did you want to go from 392 to Store
19   19  9?
20 11:33 20     A.  Store 9?
21   21     Q.  Yeah.
22   22     A.  I wanted to go there because I wanted -- I
23   23  wanted to be second man.  I was second man there, but I
24   24  wanted to be second man there.  And I figured I could
25 11:33 25  get more -- you know, I -- I wanted to work in a bigger
```

ROBERT SALINAS

Page 146

1    1    A.  Umm.
2    2    Q.  -- it, like, half and half?  What would you
3    3  say?
4    4    A.  No, it was more in the back room.
5  13:36  5    Q.  Okay.  And where did -- where did Mr. Castillo
6    6  work usually?
7    7    A.  Like, I worked, like, over here by the sink.
8    8    Q.  Yeah.
9    9    A.  By the sink, towards the cooler, and he worked
10  13:36  10  farther down, like farther down.
11    11    Q.  Okay.  Like, how far away were you to -- how
12    12  far away were you from each other in the back room?
13    13    A.  Oh, God.  Let me see.
14    14    Q.  Farther away -- let's -- let's just say --
15  13:36  15    A.  I don't know how many feet.
16    16    Q.  Okay.  And I'm not going to ask you how many
17    17  feet.
18    18    A.  I don't know about that.
19    19    Q.  I'm going to estimate that this room is about
20  13:37  20  15 feet long.  I'm just -- I'm just guessing.  Would it
21    21  be further away than from one end of this room to the
22    22  other or -- or shorter?
23    23    A.  Let's see.  Almost about the same distance.
24    24    Q.  Okay.  So, like, if you're looking at the end
25  13:37  25  of this room, that wall on that side, the wall you're

Page 147

1    1  looking at, it would be about -- he would be about that
2    2  distance away from you or longer?
3    3    A.  Let's see.  If I was working here, if it's
4    4  farther, it wouldn't be much farther.
5  13:37  5    Q.  Okay.
6    6    A.  It would be about this far or a little bit
7    7  farther.
8    8    Q.  Okay.  So we're just going to say, for -- for
9    9  a guesstimate, 15 to 20 feet, okay?
10  13:37  10    A.  It wouldn't be 20 feet.  I think it's closer
11    11  than 20 feet.
12    12    Q.  Okay.  All right.  If -- if you were talking
13    13  to him, could -- could you hear each other from that
14    14  distance?
15  13:37  15    A.  Yes.
16    16    Q.  Okay.  And isn't it true that when y'all were
17    17  working in the back room and you were about 15 to 20
18    18  feet away, that y'all would talk to each other?
19    19    A.  He would -- he would say things to me.  Like
20  13:38  20  when he walked by me --
21    21    Q.  Yes.
22    22    A.  -- he would call me a faggot.
23    23    Q.  Okay.
24    24    A.  He would call me gay.  He would make remarks
25  13:38  25  at me.  When he'd walk by me, like he would go to the

Page 148

1    1  cooler and get some strawberries or pineapples or
2    2  anything he needed to get, he'd go inside that cooler
3    3  and get it, and he'd -- he'd bring it, and he would look
4    4  at me and then he'll make a remark.  I told Tony about
5  13:38  5  it.
6    6    Q.  Well --
7    7    A.  Tony said he was going to take care of it.
8    8    Q.  Okay.  I'm going to get to your complaints in
9    9  a minute.  I want to know what he said.  So -- so he
10  13:38  10  would make comments to you when he walked by you, right?
11    11    A.  Yes.
12    12    Q.  Okay.  And what did you say to him when that
13    13  happened?
14    14    A.  I told him, Leave me alone.
15  13:38  15    Q.  Okay.  Did you ever make any comments back to
16    16  him?
17    17    A.  No, not like that.
18    18    Q.  Did you --
19    19    A.  Not like that.
20  13:38  20    Q.  Did you ever call him a faggot?
21    21    A.  No.
22    22    Q.  Did you ever call him gay?
23    23    A.  No.
24    24    Q.  Did you ever call him mija?
25  13:38  25    A.  I don't recall.  I don't -- I don't -- like I

Page 149

1    1  said, I don't remember.
2    2    Q.  And mija is Spanish for what?
3    3    A.  Daughter.
4    4    Q.  All right.  Did you ever talk in Spanish with
5  13:39  5  Mr. Castillo?
6    6    A.  I don't know how to talk completely in Spanish
7    7  like that.  I don't know how to do that.
8    8    MR. BARRON:  I'm going to object to that
9    9  as being nonresponsive.
10  13:39  10    A.  I don't understand.
11    11    Q.  (By Mr. Barron)  Okay.
12    12    A.  Like, I don't -- I can't go through a whole
13    13  thing of saying -- like read this in Spanish, I can't do
14    14  that.
15  13:39  15    Q.  Right.  But my question is a little different.
16    16  I just want to make sure you understand it.  Did you
17    17  ever have conversations in Spanish?  I understand you're
18    18  saying that you're not very good at it.
19    19    A.  I didn't -- like that, huh-uh
20  13:39  20    Q.  Did Mr. Castillo ever try to speak to you in
21    21  Spanish?
22    22    A.  Not that I remember, huh-uh.
23    23    Q.  Did y'all ever talk about sports?
24    24    A.  No, sir.
25  13:39  25    Q.  You never had a conversation with Mr. Castillo

Page 194

1      1    A. Uh-huh.
2      2    Q. Okay. How long did he -- did he squeeze?
3    3 Just like a second?
4      4    A. I can't give you a time frame.
5  14:27 5    Q. Okay. But was it pretty quick?
6      6    A. No, he -- it was not quick. He grabbed there
7    7 and he squeezed it real hard.
8      8    Q. Okay. Did you -- did you knock him back or
9    9 anything?
10 14:28 10   A. Yeah. I went like that and I pushed him away,
11    11 and he laughed. He thought it was funny.
12    12    Q. Okay. So that's two incidents of touching.
13    13 And then you testified that there's a third,
14    14 where he ran your -- his hand down your pants or
15 14:28 15 something along those lines?
16    16    A. Yeah. Well, not inside my pants. On the
17    17 outer. He ran his hand down my ass crack.
18    18    Q. Okay. Tell me about that incident.
19    19    A. I told him -- I told Tony about it.
20 14:28 20    Q. Okay. But I want you to tell me about it.
21    21 What do you recall?
22    22    A. God. I told him to leave me alone after he
23    23 did that. I told him to stay -- leave me alone.
24    24    Q. But what did he do first that caused you to
25 14:28 25 say, Leave me alone?

Page 195

1      1    A. He didn't say nothing. He just came behind me
2    2 and did that.
3      3    Q. Okay. Now, I want to be sure I understand
4    4 exactly what he did. His hand touched what, just your
5  14:28 5 butt?
6      6    A. No, it ran up my ass crack.
7      7    Q. Okay. Did -- did his hand ever go inside your
8    8 pants?
9      9    A. No, not inside; outside.
10 14:29 10    Q. On the outside?
11    11    A. And he pulled me up.
12    12    Q. Okay.
13    13    A. Rubbed -- rubbed me up like that.
14    14    Q. So he rubbed his hand along your ass crack?
15 14:29 15    A. Yeah.
16    16    Q. Okay. Kind of like a wedgy or --
17    17    A. No. He got his little finger and he ran it
18    18 through there.
19    19    Q. Like -- okay. I think I understand you.
20 14:29 20    A. God.
21    21    Q. All right. That's the only time that ever
22    22 happened?
23    23    A. When he did that to me, he didn't do that no
24    24 more. It was just that, he did that.
25 14:29 25    Q. Okay.

Page 196

1      1        MR. CAYCEDO: Are you at a stopping
2    2 point or do you want to go on?
3      3        MR. BARRON: Yeah, if you'd like to take
4    4 a break. We've been going about an hour.
5  14:29 5        THE VIDEOGRAPHER: We're going off the
6    6 record, approximately 2:30 p.m.
7      7        (Brief recess.)
8      8        THE VIDEOGRAPHER: We're coming back on
9    9 the record, approximately 2:41 p.m.
10 14:41 10    Q. (By Mr. Barron) Mr. Salinas, before we went
11    11 off the record we were talking about the incidents where
12    12 Mr. Castillo had touched you. Do you recall that?
13    13    A. Yes.
14    14    Q. Okay. So I think we've covered three: There
15 14:41 15 was the touching on the butt; there was the grabbing
16    16 your testicles; and then rubbing his hand between your
17    17 butt cheeks.
18    18    A. Yes.
19    19    Q. Okay. Those are the only three times that
20 14:41 20 Mr. Castillo ever touched you?
21    21    A. Yes, that's all I can remember at this time.
22    22    Q. Okay. And your testimony is that you reported
23    23 all three of those incidents to the store --
24    24    A. Yes.
25 14:41 25    Q. -- management?

Page 197

1      1    A. Yes, I did.
2      2    Q. And your testimony is that they didn't do
3    3 anything about it?
4      4    A. Yes, sir.
5  14:41 5    Q. And why didn't you report those incidents to
6    6 someone other than the store if you weren't getting the
7    7 response that you wanted?
8      8    A. I did.
9      9    Q. Okay. Who?
10 14:42 10    A. The union.
11    11    Q. The union?
12    12    A. I didn't know who else -- what else to do.
13    13    Q. Okay. And did you get the response that you
14    14 wanted out of the union?
15 14:42 15    A. He told me that he was going to -- this is
16    16 what he said: He was going to talk to Mr. Childs and he
17    17 was going to take -- he said, Don't worry about it.
18    18 I'll talk to Mr. Childs about it.
19    19    Q. All right. Do you know if he talked -- and
20 14:42 20 you're talking about Walter now, right?
21    21    A. Yes
22    22    Q. Do you know --
23    23    A. I don't know if he did or not. I talked to
24    24 him on the sales floor, not like together. You know
25 14:42 25 what I'm saying, like Childs and Walter. It wasn't like

ROBERT SALINAS                                          Pages 194 - 197

Page 202

1    1    Q.  Well, you actually drafted two of them, right?
2    2    A.  Yes.
3    3    Q.  The longer -- there was a longer one and then
4    4  the shorter one, right?
5 14:46  5    A.  Yes.
6    6    Q.  Why didn't you draft something up before the
7    7  knife incident?
8    8    A.  I don't know how to write.  I had no help.
9    9    Q.  Well, but you did have help because you --
10 14:46 10    A.  I didn't get --
11    11    Q.  Hold on.
12    12    A.  -- it until later.
13    13    Q.  Hold on.  You had help from Debbie
14    14  Williams in drafting Exhibit 4 and Exhibit 2, so you had
15 14:47 15  someone who you could ask for help if -- if you needed
16    16  it, right?  Right?
17    17    A.  They helped me afterwards, because I didn't --
18    18  Debbie -- I didn't discuss this until later.  I was
19    19  embarrassed and I was ashamed to talk even to my family
20 14:47 20  members about this.  It's embarrassing.
21    21    Q.  Okay.  So are you saying that the reason you
22    22  didn't go ask for help before --
23    23    A.  I'm embarrassed.  I'm ashamed.
24    24    Q.  Okay.  I understand.
25 14:47 25        MR. CAYCEDO:  Robert, take a second and

Page 203

1    1  listen to his question.
2    2    A.  Oh, my God.
3    3    Q.  (By Mr. Barron)  If that's the reason, that's
4    4  the reason.  I just -- I want to know.  My client has a
5 14:47  5  right to know.
6    6    A.  It's hard to -- to talk to him like that.
7    7    Q.  Okay.  All right.  So your testimony is that
8    8  you were -- before the knife incident you were
9    9  embarrassed to go talk to your family and ask for help?
10 14:47 10    A.  I feel ashamed.  I feel less of a man.
11    11    Q.  All right.  All right.  Let's talk about the
12    12  incident in April.  On April 6th Mr. Castillo put a
13    13  knife to your throat, right?
14    14    A.  What -- what page are you on?
15 14:48 15    Q.  I'm not.  I'm not on here.  I'm just asking
16    16  you what happened.  So tell me what happened on April
17    17  6th, everything that you can remember.  I want to start
18    18  from the very beginning.  What time did you come to work
19    19  that day?
20 14:48 20    A.  4:00 to 12:00.
21    21    Q.  Okay.
22    22    A.  I believe 4:00 to 12:00.
23    23    Q.  Okay.  Did you -- did you come to work at
24    24  4:00?
25 14:48 25    A.  I think it was 4:00 to 12:00, I believe I

Page 204

1    1  started.
2    2    Q.  What time did -- what time did Mr. --
3    3    A.  He came at 5:00.
4    4    Q.  Okay.  Let me make sure.  For the record, I
5 14:48  5  was asking what time Mr. Castillo came to work that day.
6    6    A.  I came in at 4:00.
7    7    Q.  Okay.  And Mr. Castillo -- I'm sorry, yeah.
8    8  Mr. Castillo came in at what time?
9    9    A.  He came in at 5:00.
10 14:48 10    Q.  All right.  And what -- what were your job
11    11  duties on April 6th?  What were you doing?
12    12    A.  Me?
13    13    Q.  Yeah.
14    14    A.  I came -- I was straightening up the back room
15 14:49 15  for the load -- to unload the truck.
16    16    Q.  So you got a truck that day?
17    17    A.  We get a truck every day.
18    18    Q.  Okay.  And so your responsibilities were to
19    19  unload that truck and break it down?
20 14:49 20    A.  I break -- I break not the whole truck down
21    21  but the majority -- most of it, like the -- the stuff
22    22  that goes in the inside.
23    23    Q.  Right.
24    24    A.  And then you got stuff that goes in the
25 14:49 25  outside cooler.  I was breaking the inside stuff.

Page 205

1    1  That's what I do, break -- the majority of that.
2    2    Q.  And what was Mr. Castillo's job
3    3  responsibilities that day?  Was he on the cutting fruit?
4    4    A.  He was going to cut fruit.
5 14:49  5    Q.  Okay.  About what time did the knife incident
6    6  occur on April 6th?
7    7    A.  I'd say around 10:30 in the morning.
8    8    Q.  What were you doing at 10:30 in the morning?
9    9    A.  I was cutting fruit.  I was cutting fruit --
10 14:49 10  not cutting fruit.  I mean, I was cutting the -- the
11    11  green like stuff, the green leaf and everything.  And I
12    12  had my buggy loaded up and I'm fixing to go out -- out
13    13  the door.
14    14    Q.  Okay.  So let me slow -- slow you down.
15 14:50 15  Exactly where were you in the produce back room?
16    16    A.  When he grabbed me, you mean?
17    17    Q.  Yeah, or right before.  Where were you in the
18    18  produce back room?
19    19    A.  I was in the -- by the sink.  I was by the
20 14:50 20  sink.  And he would walk -- when he came in, when he
21    21  walked by, he was making fun of my hair.
22    22    Q.  All right.  What did he say about your hair?
23    23    A.  That I need to do something with my hair, like
24    24  put gel or something.  He goes, It looks bad.
25 14:50 25    Q.  Was there something different about your hair

ROBERT SALINAS

Page 206

1    1 that day?
2    2    A. I don't know, maybe it'd stand up. I don't
3    3 know.
4    4    Q. I'm just saying, were you wearing a hat or
5 14:50 5 something? I mean, was there any reason --
6    6    A. Sometimes I do wear a hat, sometimes I don't.
7    7    Q. Okay.
8    8    A. But I try to keep it short.
9    9    Q. Okay. Like, for example, if I take off my hat
10 14:50 10 after I've been wearing it for a while, my hair might
11    11 look a little messy. So my question is -- and -- and
12    12 I'm not saying that did or didn't happen. I'm just
13    13 asking you, was there anything in particular --
14    14    A. He --
15 14:50 15    Q. -- about that -- your hair that day that he
16    16 was commenting on?
17    17    A. I don't know. He said he didn't like it. He
18    18 said I need some -- to do something with it. I don't
19    19 know.
20 14:50 20    Q. Did your hair look the same that day as it
21    21 looks every other day?
22    22    A. Pretty much.
23    23    Q. Had he said anything about your hair earlier
24    24 that shift, or was that the first time?
25 14:51 25    A. That's the first time he ever said something

Page 207

1    1 like that about my hair.
2    2    Q. Had anybody else at Kroger said anything about
3    3 your hair that day?
4    4    A. People say I'm losing my hair.
5 14:51 5    Q. Okay.
6    6    A. Yeah, like right here in front.
7    7    Q. All right.
8    8    A. That's about it.
9    9    Q. Is that -- is that the only thing -- only
10 14:51 10 thing that you heard about your hair at Kroger?
11    11    A. Pretty much.
12    12    Q. Okay. On that same day, did anybody else
13    13 tease you about your hair other than --
14    14    A. Oh, no.
15 14:51 15    Q. -- Mr. Castillo?
16    16    A. No, just him.
17    17    Q. All right. So -- so he made a comment about
18    18 your hair. What happened next?
19    19    A. And I said -- I said, Don't worry about my
20 14:51 20 hair, just don't worry about me. I said, Just don't
21    21 worry about me. Leave -- leave me alone. Worry about
22    22 your hair. Don't worry about my hair. My hair is fine.
23    23    Q. All right. What happened next?
24    24    A. It's like he was -- he was pacing, like he was
25 14:51 25 mad. He was mad in the back room, like he was mad. And

Page 208

1    1 then Andres was there. He was working at the cut fruit
2    2 section. And he was later working right there, right
3    3 next to him.
4    4    Q. Next to who, Castillo?
5 14:52 5    A. Yeah. Andres was over here. Andres here and
6    6 David right here.
7    7    Q. Okay. And -- and since the -- the transcript
8    8 won't show where your fingers were placed, you have them
9    9 about --
10    10    A. That --
11    11    Q. -- an inch apart.
12    12    A. That --
13    13    Q. In real -- in real feet --
14    14    A. I think --
15 14:52 15    Q. -- distance, how -- how far is that?
16    16    A. I don't know. But David was working right --
17    17 okay. I was working first over here by the door, I
18    18 mean, by the sink, by the door.
19    19    Q. Yeah.
20 14:52 20    A. And farther, like you could put almost two
21    21 pallets there, and then he was working at that first
22    22 sink. David was working the first sink. And next to
23    23 David was Andres.
24    24    Q. Okay. So Mr. Castillo was about two pallets
25 14:52 25 away from you? Is that what you're saying, two pallets'

Page 209

1    1 distance?
2    2    A. The amount of space?
3    3    Q. Yeah.
4    4    A. Between there and there? Maybe three maybe, I
5 14:52 5 don't know, a little bit more. Three and a half.
6    6    Q. All right.
7    7    A. But the distance, maybe, I'm not sure of the
8    8 distance.
9    9    Q. And Andres, who is another Kroger produce
10 14:53 10 department employee, was -- was working right next to
11    11 Mr. Castillo?
12    12    A. Uh-huh.
13    13    Q. Okay. Then -- so what happened?
14    14    A. He -- when I was walking by him --
15 14:53 15    Q. Yeah.
16    16    A. -- he came behind me. He -- he came behind
17    17 me
18    18    Q. Okay. So you walked --
19    19    A. He put --
20 14:53 20    Q. Hold on. You walked towards Mr. --
21    21    A. Yeah --
22    22    Q. -- Castillo?
23    23    A. -- I was going -- yeah, I was going -- going
24    24 outside.
25 14:53 25    Q. Okay.

Page 210

```
 1    1    A.  I was going outside.
 2    2    Q.  So you had to pass by him?
 3    3    A.  Yes.
 4    4    Q.  All right.
 5 14:53  5    A.  And he grabbed me and he started choking me,
 6    6  and he choke -- was choking me, and he had the knife on
 7    7  me --
 8    8    Q.  Okay.
 9    9    A.  -- like this.
10 14:53 10    Q.  So he grabbed you --
11   11    A.  He had me like this, and he had a knife
12   12  against my throat and put pressure against it.
13   13    Q.  Okay.  Just for the record, you had your arms
14   14  sort of wrapped around your shoulder and you -- you're
15 14:53 15  saying that he put -- put the knife to your throat?
16   16    A.  No, I had my hands right here where my arms
17   17  are down.
18   18    Q.  Okay.
19   19    A.  He had his arm around my neck and he was
20 14:53 20  choking me.  And he got a knife and he had the knife
21   21  pinned against my throat like this.
22   22    Q.  Okay.
23   23    A.  And I got this hand, pushed it away, and I
24   24  went underneath it and I took off.
25   25    Q.  Okay.
```

Page 211

```
 1    1    A.  And I couldn't talk after that.
 2    2    Q.  Was -- how long did that event happen?  Was it
 3    3  pretty quick or --
 4    4    A.  It wasn't --
 5    5    Q.  -- or did you struggle?
 6    6    A.  -- that quick, no.
 7    7    Q.  Well, did you struggle with him for a little
 8    8  while or --
 9    9    A.  I couldn't move because the knife was against
10 14:54 10  my -- the blade was against my throat.  I couldn't
11   11  struggle or move around.  He had me real tight.
12   12    Q.  Okay.  Now, when you say he -- so he -- he had
13   13  you with one arm around your -- your neck, is that
14   14  right?
15 14:54 15    A.  Yes.
16   16    Q.  And then he had -- in his hand he had a knife
17   17  that he put to your throat?
18   18    A.  Yes.
19   19    Q.  The arm that he had around your neck, did he
20 14:54 20  have his arm around your neck or his hand to your neck?
21   21  In other words --
22   22    A.  No, his arm.
23   23    Q.  Okay.  Kind of like a choke hold?
24   24    A.  Yes.
25 14:54 25    Q.  Okay.  Could you breathe?
```

Page 212

```
 1    1    A.  I could but it was hurting.  It was hurting.
 2    2  He was hurting me.
 3    3    Q.  Okay.  The knife that he put to your throat,
 4    4  how close did the knife get to your throat?
 5 14:54  5    A.  It was -- it was on my neck.
 6    6    Q.  Was it touching your neck?
 7    7    A.  Yes.  I felt the blade on my neck.
 8    8    Q.  And this is the -- about a four- to six-inch
 9    9  produce knife, is that what -- like a trim knife?
10 14:55 10    A.  Yes.
11   11    Q.  You use it to trim the -- the green
12   12  vegetables?
13   13    A.  I trim them, yeah.  I trim them and put them
14   14  on my rack.
15 14:55 15    Q.  It's a different knife, for example, than that
16   16  you would use for cutting fruit?
17   17    A.  He used it to cut fruit, too.
18   18    Q.  He did?
19   19    A.  Uh-huh, same knife.  But he had -- we got
20 14:55 20  other knives to cut fruit, but he was using that -- he
21   21  had that knife on him.
22   22    Q.  All right.  So after this happened, he put the
23   23  knife to your throat, you pushed him away, what did you
24   24  do next?
25 14:55 25    A.  I ran out the doors, those -- those -- those
```

Page 213

```
 1    1  doors.
 2    2    Q.  To the sales floor?
 3    3    A.  Yeah, I went out to the floor and took off.
 4    4    Q.  And then what did you do?
 5 14:55  5    A.  I couldn't talk.  I was in a state of shock.
 6    6    Q.  So what did you do?
 7    7    A.  I tried to get some air, and then I got -- I
 8    8  talked to Andres about it.
 9    9    Q.  Well, Andres is in the back room, right?
10 14:55 10    A.  Yes.  I came back later, not right there --
11   11  right there and then.
12   12    Q.  But I -- I want a -- I want a very -- I want
13   13  you to do your best to tell me step by step what you
14   14  did.  So you -- you went -- you went out the door onto
15 14:56 15  the sales floor.  So now you're out in front of
16   16  customers, right?
17   17    A.  Yes.
18   18    Q.  You weren't crying or anything, were you?
19   19    A.  No.  I was in a state of shock.  I couldn't
20 14:56 20  speak at that moment.
21   21    Q.  So you didn't -- you didn't cry or have any
22   22  visible display of emotion at that point, right?
23   23    A.  I couldn't speak.  I was in a state of shock.
24   24        MR. BARRON:  I'm going to object to that
25 14:56 25  as being nonresponsive.
```

Page 214

1    1    Q.  (By Mr. Barron)  I just need you to answer my
2    2  question.
3    3    A.  I don't understand.
4    4    Q.  Yeah.  Did -- did you cry immediately after he
5  14:56  5  put the knife to your throat?
6    6    A.  I was upset.
7    7    Q.  Did you cry?
8    8    A.  I had --
9    9    Q.  Hold on.  Just understand --
10   10   A.  Maybe that's why --
11   11   Q.  Hold on.
12   12        MR. BARRON:  I'm going to object --
13   13  object to that as being nonresponsive.
14   14   Q.  (By Mr. Barron)  Listen to my question and
15 14:56 15  just answer it.  Did you cry immediately after he put
16   16  the knife to your throat?
17   17   A.  I don't remember --
18   18   Q.  Okay.
19   19   A.  -- whether I did or not.
20 14:56 20       Q.  Did -- did you get -- did you get angry and
21   21  chase him down?
22   22   A.  No.
23   23   Q.  Okay.  Did you get into a fight with him?
24   24   A.  No.
25 14:56 25      Q.  Did you go report it to management at the

Page 215

1    1  time?
2    2    A.  I talked to -- to Andres about it.
3    3    Q.  Okay.  Andres is not in Kroger management,
4    4  right?
5  14:57  5    A.  I discussed it with Tony.
6    6    Q.  Okay.  On that same day?
7    7    A.  No.
8    8    Q.  Okay.  Well, listen to my question real
9    9  carefully.  I'm talking immediately after it happened on
10 14:57 10  April 6th, you didn't cry, right?  Right?
11   11   A.  I don't remember if I did.
12   12   Q.  Okay.  You didn't -- you didn't chase down
13   13  Mr. Castillo and confront him, right?
14   14   A.  I didn't talk to him after -- after that
15 14:57 15  happened.
16   16        MR. BARRON:  I'm going to object to that
17   17  as being nonresponsive.
18   18   Q.  (By Mr. Barron)  You did not chase him down
19   19  and confront him, did you?
20 14:57 20   A.  No.
21   21   Q.  You did not go to anybody in Kroger management
22   22  that day after it happened, did you?
23   23   A.  No.
24   24   Q.  You did not call the police that day, did you?
25 14:57 25   A.  No.

Page 216

1    1    Q.  You did not call Kroger human resources that
2    2  day, did you?
3    3    A.  No.
4    4    Q.  You did not call Kroger's 1-800 help line that
5  14:57  5  day, did you?
6    6    A.  No.
7    7    Q.  You did not tell anybody in authority about
8    8  what Mr. Castillo had done on April 6th, 2012, did you?
9    9        MR. CAYCEDO:  Objection, vague.
10 14:58 10   A.  I -- I don't understand.
11   11   Q.  (By Mr. Barron)  You did not tell anybody in
12   12  authority on April 6th, 2012 what had happened with
13   13  Mr. Castillo?
14   14        MR. CAYCEDO:  Same objection.
15 14:58 15   A.  Yes, I talked to Andres about it.
16   16   Q.  (By Mr. Barron)  Okay.  Mr. Andres, again,
17   17  he's not a member of Kroger management, right?
18   18   A.  Yes.  Tony told me not to -- to go upstairs
19   19  anymore and make any more reports.
20 14:58 20        MR. BARRON:  Objection, nonresponsive.
21   21   Q.  (By Mr. Barron)  Mr. -- Andres, I think, is
22   22  his first name; he's not a member of Kroger management,
23   23  correct?
24   24   A.  Yes.  No, he's not.
25 14:58 25   Q.  Okay.

Page 217

1    1    A.  Well, he's -- he's -- he's, like, a backup
2    2  manager.  He's assistant manager.
3    3    Q.  He's assistant manager for what?
4    4    A.  Produce.
5  14:58  5    Q.  Okay.  That's not an official title that you
6    6  know of, is it?
7    7    A.  He just helps -- helps Tony, like, ordering
8    8  and stuff.
9    9    Q.  He's a member of the union, isn't he, as far
10 14:58 10  as you know?
11   11   A.  I think so.  I'm not sure.
12   12   Q.  What did you talk about with Andres?  Tell me
13   13  what you discussed with Andres.
14   14   A.  About the situation.
15 14:59 15   Q.  Yeah.
16   16   A.  About what happened to me.  He said that I
17   17  need to go to the police and -- and report it.
18   18   Q.  And what did you say?
19   19   A.  I said, You're right, I'm going to.
20 14:59 20   Q.  Did you tell anybody -- did you talk about
21   21  that -- that event, the knife incident, with anybody
22   22  that day other than Andres?
23   23   A.  No.
24   24   Q.  What --
25 14:59 25   A.  You mean, the managers?

ROBERT SALINAS

Pages 214 - 217

Page 218

```
 1    1    Q.  Anybody.  Anybody.
 2    2    A.  Until the next day.
 3    3    Q.  The whole world?
 4    4    A.  No.
 5 14:59 5    Q.  That same day, on that day, April 6th, did you
 6    6  talk with -- about the knife incident with anybody in
 7    7  the world --
 8    8    A.  Yes.
 9    9    Q.  -- other than Andres?
10 14:59 10   A.  Yes.
11   11    Q.  Okay.  Who?
12   12    A.  Crystal.
13   13    Q.  Okay.  When did you talk to her?
14   14    A.  I went home, and I went to her house.
15 14:59 15   Q.  All right.  That same night --
16   16    A.  Yes.
17   17    Q.  -- or afternoon, I should say?
18   18    A.  Uh-huh.
19   19    Q.  About what time?
20 14:59 20   A.  Probably around 3:00 something.  I'm not
21   21  sure --
22   22    Q.  All right.
23   23    A.  -- exact time.
24   24    Q.  Tell me what you discussed with her.
25 14:59 25   A.  What -- the things he was doing to me, that I
```

Page 219

```
 1    1  needed to go to the police because Kroger management
 2    2  were not doing nothing for me.  And I said -- and she
 3    3  goes, Why don't you go to managers?  I said, Why?
 4    4  They're not going to believe me.  They never believe
 5 15:00 5  anything I tell them.  So why do I go tell them
 6    6  something and then they're not going to believe me.
 7    7  They're just going to laugh in my face like they did
 8    8  with other things.  I said, I'm not going to go to them
 9    9  because they're not helping me in any way, in any form,
10 15:00 10  in this situation.  That's why I went to the police.
11   11  Why I'm going to go to Mr. Childs so he can laugh in my
12   12  face and tell me, That's not true  That's your say
13   13  against his say.  It's useless talking to him.  He was
14   14  not going to do anything for me.
15   15    Q.  Okay.
16   16    A.  I knew he wasn't.
17   17    Q.  Now, are -- are you saying that those are the
18   18  things you said --
19   19    A.  How I felt --
20 15:00 20    Q.  -- to Crystal?
21   21    A.  -- inside my heart --
22   22    Q.  Yeah.
23   23    A.  -- because he's not going to do anything for
24   24  me.  He hasn't done anything for me since day one in the
25 15:00 25  situation I've been dealing with David Castillo --
```

Page 220

```
 1    1        MR. BARRON:  I'm going to --
 2    2    A.  -- so what makes you think he's going to help
 3    3  me in this situation?
 4    4        MR. BARRON:  I'm going to object to that
 5 15:00 5  as being nonresponsive.
 6    6    Q.  (By Mr. Barron)  I understand that's how you
 7    7  feel, and I'm not -- I'm not arguing with you.  But my
 8    8  question is:  What did you tell Crystal?
 9    9    A.  What happened to me.
10 15:01 10    Q.  Okay.  And tell -- tell me again what you told
11   11  -- I want to know everything you told Crystal that day.
12   12    A.  That he had me in a choke hold and he was
13   13  going to slice my throat.  And he called me a little
14   14  fuck.
15 15:01 15    Q.  Okay.  Are you say -- so when -- when he put
16   16  you in the choke hold and put a knife --
17   17    A.  He told me --
18   18    Q.  -- to your throat --
19   19    A.  -- in my -- in my ear.  He said, I'm going to
20 15:01 20  kill you, you little fuck.
21   21    Q.  Okay.  Did he say anything else to you?
22   22    A.  That I recall, no.
23   23    Q.  Did he do anything else to you that day?
24   24    A.  After that day, after that happened?
25 15:01 25    Q.  No, that day.  I'm talking -- we're just on
```

Page 221

```
 1    1  April 6th now.
 2    2    A.  Huh?
 3    3    Q.  That same day, April 6th.
 4    4    A.  That same day?
 5    5    Q.  Yeah, I want to know --
 6    6    A.  After that --
 7    7    Q.  -- if he did --
 8    8    A.  -- after he did that to me, he didn't -- he
 9    9  didn't mess with me the rest of the day.
10 15:01 10    Q.  Okay.
11   11    A.  He never said he was sorry.  He never said
12   12  nothing to me.
13   13    Q.  So you didn't have any other words with him
14   14  that day?
15 15:01 15    A.  No, we never talked the rest of the day.
16   16    Q.  Okay.  Now, you said you talked to Crystal on
17   17  April 6th.  Did you talk to anybody else on April 6th
18   18  about the knife incident?
19   19    A.  No, I just talked to Crystal.
20 15:02 20    Q.  No one else in your family?
21   21    A.  I think my son Robert Scott, if I remember.
22   22    Q.  What did you tell Robert Scott?
23   23    A.  What happened to me.
24   24    Q.  What did he say?
25 15:02 25    A.  That's horrible.
```

ORAL AND VIDEOTAPED DEPOSITION OF
ROBERT SALINAS

Page 346

```
 1              IN THE UNITED STATES DISTRICT COURT
 2             FOR THE SOUTHERN DISTRICT OF TEXAS
                       HOUSTON DIVISION
 3   ROBERT SALINAS              )
                                 )
 4   VS.                         ) CIVIL ACTION NO.
                                 )       4:14-CV
 5   KROGER TEXAS, L.P.          )
 6              REPORTER'S CERTIFICATION TO THE
                 DEPOSITION OF ROBERT SALINAS
 7                TAKEN ON JUNE 2, 2015
 8        I, MYLINDA TUBBS FAIRCLOTH, Certified Shorthand
 9   Reporter in and for the State of Texas, hereby certify
10   to the following:
11        That the witness, ROBERT SALINAS was duly sworn by
12   the officer and that the transcript of the oral
13   deposition is a true record of the testimony given by
14   the witness.
15        That the deposition transcript was made available
16   on June 15, 2015 to the witness or to the attorney for
17   the witness for examination, signature, and return to
18   Elite Reporting Service, Inc., by July 15, 2015.
19        That the amount of time used by each party at the
20   deposition is as follows:
21        Mr. Frank J. Caycedo - 0 hours, 5 minutes;
22        Mr. David L. Barron - 5 hours, 20 minutes;
23        Mr. Brock C. Akers - 0 hours, 0 minutes.
24        That pursuant to information given to the
25   deposition officer at the time said testimony was taken,
```

ORAL AND VIDEOTAPED DEPOSITION OF
ROBERT SALINAS

Page 347

1    the following includes all parties of record:

2        Mr. Frank J. Caycedo, Attorney for Plaintiff;

3        Mr. David L. Barron, Attorney for Defendant;

4        Mr. Brock C. Akers, Attorney for Defendant.

5        I further certify that I am neither counsel for,

6    related to, nor employed by any of the parties in the

7    action in which this proceeding was taken, and further

8    that I am not financially or otherwise interested in the

9    outcome of this action.

10       Further certification requirements will be

11   certified to after they have occurred.

12       Sworn to by me this 12th day of June, 2015.

13

14   _____

15   MYLINDA TUBBS FAIRCLOTH, CSR
     Certification No. 2896
16   Expiration Date: 12-31-16

17   ELITE REPORTING SERVICE, INC.
     Registration No. 75
18   5090 Richmond Avenue, #500
     Houston, Texas 77056
19   (713) 623-4434
     Fax (832) 518-2302

20

21

22

23

24

25

June 2, 2015

ORAL AND VIDEOTAPED DEPOSITION OF
ROBERT SALINAS

Page 348

```
1           COURT REPORTER'S FURTHER CERTIFICATION

2       The original deposition transcript or Changes and

3   Signature page ____ was or  ✓  was not returned to the

4   deposition officer.  If returned, date received:

5   ___N/A___;

6       If returned, the attached Changes and Signature

7   page contains any changes and the reasons therefor;

8       If returned, the original deposition transcription

9   was delivered to Mr. David L. Barron for safekeeping on

10  7/22/15 ;

11      That a copy of this certificate was served on all

12  parties shown herein.

13      Witness my hand this 21st day of July,

14  2015.

15

16  _____

    MYLINDA TUBBS FAIRCLOTH, CSR
17  Certification No. 2896
    Expiration Date: 12-31-16
18
    ELITE REPORTING SERVICE, INC.
19  Registration No. 75
    5090 Richmond Avenue, #500
20  Houston, Texas 77056
    (713) 623-4434
21  Fax (832) 518-2302

22

23

24

25
```

June 2, 2015