# EXHIBIT 2

```
DATE: 15/04/07                    HO    HR              EMPLOYEE HISTORY PRINT           REDACTED
TIME: 10:54:57                                                                                                          PAGE    1

EMPLOYEE NAME                           EMPL NO              LOCAT HIRED       BIRTH    S  R  BDC9      A  *** TERM ***    S T PV
SALINAS, ROBERT                         ████████             02010 81/11/08    64/06/17 X  C            I  DATE   CDE      T P LV
                                                                                        M  HIS88/07/03     00/00/00        1 1 0800

HOURLY      ADMIN   *************** CURRENT JOB ******************************* BONUS INFO *******    ***** CURR LEAVE ******
 RATE      AN SAL     DATE      CODE        TITLE                       EEO LTO TP A    DATE                CD  BEGIN      RETURN
15.5600        0    88/07/03  0250001    PRODUCE/CLERK                   04 022 HI P  99/01/03           AMT      00/00/00  00/00/00
                                                                                                        0.00

LAST INC TP NX SAL RV  ACCT #       **** PERFORMANCE **** PM      UNION SEN1  UNION SEN2  UNION SEN3        ***** CURRENT UNION ******
14/04/06 30 00/00/00   210706       LAST REV CDE NEXT REV RD      T  DATE     T  DATE     T  DATE             DATE      CODE M C&A  SC
                                    15/03/24 040 16/03/24         2 81/11/08     00/00/00    00/00/00       81/11/08 CP04551 4 C142 00

************** JOB HIST ****************      * HIRE **      ** TERMS ***      ******* TRANSFERS ********      ****** UNION HIST ******
DATE     CODE   TITLE                             DATE        CDE    DATE           RC L1 L2 L3 L4 L7           DATE    UNION    C&A  SC
08/07/03 24702  CLERK                           81/11/08      601 81/01/21                                      81/11/08 CP04551 C142 00
85/05/19 24422  GEN CLK-PRODUCE                 80/11/20      501 80/09/26                                      81/11/07 CP04551 C142 01
85/01/20 24702  CLERK                           80/07/09              00/00/00                                           00/00/00
81/11/08 24505  SACKER                          00/00/00              00/00/00                                           00/00/00
80/11/20 24505  BACKER                          00/00/00              00/00/00                                           00/00/00

****** RATE/SALARY HIST ******          ** PERFORMANCE HIST **              ** LEAVE HISTORY ***         *** LOCATION HIST ***
DATE    RC HRLY RT   ADM SAL        DATE     RT  ELIG JOB                   CD  BEGIN      RETURN        DATE     L1 L2 L3 L4
14/04/06 30 15.5600     0         15/03/24    40                                00/00/00   00/00/00      10/02/01 HO HR 02 010
13/04/07 30 15.3100     0         14/03/16    45                                00/00/00   00/00/00      10/01/31 HO HR 02 009
13/01/06 30 15.0600     0         13/03/17    30                                00/00/00   00/00/00      09/01/04 HO HR 02 009
12/07/01 30 14.7100     0         12/05/01    30                                00/00/00   00/00/00      05/10/23 HO HR 02 392
11/07/03 30 14.5100     0         11/06/08    20                                00/00/00   00/00/00      05/08/21 HO HR 02 361
09/04/05 30 14.3100     0         09/12/01    40                                00/00/00   00/00/00      05/01/30 HO HR 02 392
08/04/06 55 14.0100     0         07/01/15   300                                00/00/00   00/00/00      04/10/17 HO HR 02 320
07/04/01 55 13.7100     0         05/01/01   600                                00/00/00   00/00/00      04/09/12 HO HR 02 392
06/04/02 30 13.4100     0         00/00/00     0                                00/00/00   00/00/00      04/08/01 HO HR 02 320
05/04/03 55 13.1100     0         00/00/00     0                                00/00/00   00/00/00      04/03/15 HO HR 02 392

************ EDUCATION ***************                          PROF
ENROLLED:    1    DATE      SCH  DGR MAJ MIN                    LIC      PREV EMP NO  PREV EMP NAME
COMPL YR:   99  00/00/00
TOT YR:     08  00/00/00
                00/00/00
                00/00/00

TRAINING CODES:
```