# EXHIBIT 4

1

```
 1                      CAUSE NO. 14-DCV-213769

 2    ROBERT SALINAS                  :  IN THE DISTRICT COURT OF
                                      :
 3                                    :
      VS.                             :  FORT BEND COUNTY, TEXAS
 4                                    :
                                      :
 5    KROGER TEXAS L.P., KRGP INC.    :
      AND DAVID CASTILLO              :  268TH  JUDICIAL DISTRICT
 6
                  **********************************
 7                  ORAL AND VIDEOTAPED DEPOSITION OF
                              ROBERT SALINAS
 8                         SEPTEMBER 23, 2014
                             (VOLUME 1 OF 1)
 9                **********************************

10    ORAL AND VIDEOTAPED DEPOSITION OF ROBERT SALINAS, produced as
      a witness at the instance of the Defendants, and duly sworn,
11    was taken in the above-styled and numbered cause on the 23rd
      of September, 2014, from 2:11 p.m. to 4:40 p.m., before
12    Sheila J. Nieto, CSR, in and for the State of Texas, reported
      stenographically, at The Estes Law Firm, 1708 Thompson Road,
13    Richmond, Texas  77469, pursuant to Notice, the Texas Rules
      of Civil Procedure, and the provisions stated on the record
14    or attached hereto.

15

16

17

18

19

20

21

22

23

24

25
```

Page 74

1  A  Yes.
2  Q  Were there other supervisors that you complained
3  to?
4  A  Those, and just Tony Mendoza.
5  Q  Right.
6     And then after that first time in May, how many
7  more times did you speak to Mike Childs about Mr. Castillo?
8  A  More times? I don't know. I -- I don't know how
9  many times. But I will just go up there, and I would tell
10 him the situation, and he just talked to me and just -- He
11 said he would talk to David.
12 Q  And so I want to be very specific about what you
13 were saying. Were -- Did -- Did you, specifically, tell Mike
14 Childs, the store manager, that David Castillo was making fun
15 of you, was touching you inappropriately, and was making
16 inappropriate sexual comments to you?
17 A  Yes, I told him.
18 Q  All -- Every time that you had your --
19 A  I told --
20 Q  Every time you had your conversation and your
21 report to Mike Childs, you told him all three of those
22 things: making fun of you, inappropriate sexual touching,
23 and inappropriate sexual comments.
24    MR. ESTES: Object to form.
25 Q  Is that true?

Page 75

1  A  I would tell him those things.
2  Q  Okay. All three of those things?
3  A  All those three, I would tell him.
4  Q  And Ms. Mendoza, likewise?
5  A  Yes.
6  Q  And Ms. Gordana, likewise?
7  A  Yes.
8  Q  And Tony Mendoza, likewise?
9  A  Several times. Tony. Tony. Tony got mad at me.
10 He told me stop going upstairs.
11 Q  And so -- Because we have from May of 2011, until
12 April of 2012. And did all these -- Did all of this conduct
13 of David Castillo continue through that whole time?
14 A  Re-- Could you repeat that again.
15 Q  Did -- From May, when you first spoke to Mike
16 Childs, until April of 2012, eleven months later, did that
17 bad conduct of David Castillo continue?
18 A  Yes. It continued. I mean -- to -- it -- it
19 continued to all the way and -- and then it -- it -- it
20 stopped. It stopped. He stopped touching me. He stopped
21 touching me and -- and --
22    But he got mad at me. David Castillo got mad at
23 me. He -- He got mad at me in and -- He got mad at me 'cause
24 I was reporting that incident upstairs. And they talked to
25 him. And then he got really mad.

Page 76

1  Q  Okay. So there was a point in time that --
2  A  He stopped everything.
3  Q  -- he stopped everything.
4  A  Yes. He stopped.
5  Q  Okay. And did it all come back, just back in -- in
6  April, on that one day or, what?
7  A  Yeah. He was making fun of my hair. He was making
8  my -- fun of my hair. And he was mad that day. I don't
9  know. He was making fun of my hair. He don't like my hair.
10 Q  Okay. So let's -- Again, I want this --
11 A  But --
12 Q  I want this timeline established because you had
13 all these regular problems --
14 A  Time.
15 Q  -- and then after you spoke to Mike Childs, you
16 know that they, apparently, confronted David Castillo.
17 Right?
18 A  Yes.
19 Q  Whom you thought was David Palacios.
20 A  Yeah.
21 Q  And then all of these things with David Castillo
22 stopped. Right?
23 A  Toward -- Yeah, everything stopped, but it made --
24 Yeah. He stopped touching me, yes. After -- After --
25 Towards the end, after he moved -- touching me for the

Page 77

1  longest time. It didn't stop just like that (snaps fingers).
2  Q  Okay.
3  A  He did not stop just like that. It didn't stop
4  just like that.
5  Q  Well, I'm -- That's why I'm asking you questions.
6  I'm --
7  A  No, it didn't stop just like that.
8     He did these things to me all the way through
9  the re-- from -- for the rest of the year and then he
10 stopped. He stopped. And then in 2012, he -- he stopped.
11 He stopped. After all these times he was doing these to me
12 and -- and -- 2011.
13    And then in 2012 -- and then -- and then he started
14 making fun of me and then he start-- he was mad and he'd make
15 fun of my hair and then -- then he tried to kill me.
16 Q  Okay. So the -- Are you saying that the
17 inappropriate touching and the sexual comments continued
18 through the end of 2011?
19 A  To the end -- Almost to the end, to -- to like
20 November.
21 Q  Okay. All right. We'll say 'til November.
22    And you were making multiple complaints just to all
23 these people. Right?
24 A  Yes. Yes, sir.
25 Q  How many more times did you speak to Mike Childs?

Page 78

1  A  I would talk to Tony.
2  Q  You'd only talk to Tony.
3  A  But Tony got mad at me. He says he don't want me
4  going upstairs anymore.
5  Q  So all -- So the only complaining that you were
6  doing was to Tony.
7  A  Yes. He got mad at me. He said he didn't want me
8  to go upstairs anymore.
9  Q  And by November, they said something to David
10 Castillo about all of this and then the touching stopped.
11 A  He didn't touch me aft-- after that. After that,
12 it was -- he just -- he just made fun of me like my hair.
13 But he was upset. And after that, then he tried to kill me.
14 Q  Yes.
15    And so from November until April, the contact that
16 you had with --
17 A  Like touching -- Him touching me? Okay.
18 Q  From November until April, the only complaint that
19 you had about David Castillo was that he would make fun of
20 you, and, primarily, make fun of you about your hair.
21 A  Yes.
22    MR. ESTES: Objection, form.
23 Q  And then something happened on April of -- Well, in
24 April, where you say that he tried to kill you. Yes?
25 A  Yes.

Page 79

1  Q  And that was the first -- Was that the first time
2  that he had actually touched you in many months?
3  A  Yes.
4  Q  And was there anything that you had said or done
5  that, in any way, provoked him?
6  A  No. He said he was upset that day because he was
7  having problems in his marriage.
8  Q  Okay. So he explained to you that because he was
9  upset for personal reasons, he -- that's why he -- he did
10 that to you.
11 A  Well, that, and he -- he was -- you know, he said
12 he was having problems in his marriage and then he was --
13 started making fun of my hair. That same day, he tried --
14 Q  Okay. So this -- The same person who'd been making
15 fun of you and doing all these things and -- and --
16 A  He talks about -- He was -- He said --
17 Q  -- and who got in trouble because of the complaints
18 that you made about him, he shared with you that he was
19 having trouble in his marriage --
20 A  Yes.
21 Q  -- the very day that he tried to kill you.
22 A  Yes.
23 Q  And what did you say to him when he was --
24 A  Talking to --
25 Q  -- sharing this -- this intimate thing about having

Page 80

1  trouble in his marriage?
2  A  I told him he should just try to get his life
3  straight, try to get his life straight and try to fix -- fix
4  everything.
5  Q  Okay. And then later that same morning when you
6  were working together, he started making fun of your hair.
7  Is that right?
8  A  Yes.
9  Q  Which he had done on other occasions.
10 A  Yes.
11 Q  And not sexual content, not touching or anything.
12 He's just making fun of your hair.
13 A  Yes; and calling me names, you know, "faggot."
14 Q  Right.
15 A  Or "gay." I mean, "gay."
16 Q  And then -- So tell me about when he grabbed you
17 and when you say that he tried to kill you. Tell me about
18 that incident.
19 A  I was working. I was working, and I was cutting
20 the --
21 Q  Wat-- Watch. You got the --
22 A  I was working and -- and I was trimming the
23 lettuce --
24 Q  Wat-- Wat-- Watch you're -- I'm -- I'm happy for
25 you to do it. I just want you to be careful with -- that

Page 81

1  you're --
2  A  Oh. I was trimming my lettuce --
3     MR. ESTES: Microphone.
4  Q  Of your microphone.
5  A  Oh.
6  Q  Because you --
7  A  I was trimming my lettuce and stuff and then
8  Andreas was over there next to him.
9  Q  This is in the back room?
10 A  No. We're all -- That's all three of us.
11    And then I had my buggy, I was loading up; and then
12 I started walking like -- walking that way towards him;
13 then -- and then he came (indicating) behind me, directly
14 behind me with the knife and put pressure against my throat.
15 Q  Okay. And this -- was this just -- this, pretty
16 much, out of the clear blue?
17 A  Yes. I didn't -- I didn't know he was going to do
18 that. How would I know?
19 Q  I mean, were you talking to him, in any way?
20 A  No, I wasn't even talking to him.
21 Q  So -- I mean, you're just minding your own
22 business --
23 A  Yes.
24 Q  -- and all of a sudden, he comes around behind you
25 and --

Page 110

1  Mr. Joshua Estes, Attorney for Plaintiff
   Fax: 281.238.9964
2
       I further certify that I am neither counsel for,
3
   related to, nor employed by any of the parties or attorneys
4
   in the action in which this proceeding was taken, and further
5
   that I am not financially or otherwise interested in the
6
   outcome of the action.
7
       Further certification requirements pursuant to
8
   Rule 203 of TRCP will be certified to after they have
9
   occurred.
10
       Certified to, by me, on this 8th day of October, 2014.
11
12
13
14
                    _____
                    Sheila J. Nieto, Texas CSR 1676
15                  Expiration Date: 12/31/14
                    Carol Davis Reporting, Regs. 47
16                  7838 Hillmont
                    Houston, Texas 77040
17                  Telephone: 713.647.5100
                    Fax: 713.647.5157
18
19
20
21
22
23
24
25

Page 111

1    FURTHER CERTIFICATION UNDER RULE 203 TRCP
2
       The original deposition/signature page was/was not
3
   returned to the deposition officer on _____;
4
       If returned, the attached Changes and Signature
5
   page contains any changes and the reasons therefore;
6
       If returned, the original deposition was delivered
7
   to Mr. Brock C. Akers, Custodial Attorney;
8
       That $_____ is the deposition officer's
9
   charges to the Defendants for preparing the original
10
   deposition transcript and any copies of exhibits;
11
       That the deposition was delivered in accordance
12
   with Rule 203.3, and that a copy of this certificate was
13
   served on all parties shown herein on _____ and
14
   filed with the Clerk.
15
       Certified to, by me, this _____ day of _____.
16
17   _____
18
19                  _____
                    Sheila J. Nieto, Texas CSR 1676
20                  Expiration Date: 12/31/14
                    Carol Davis Reporting, Regs. 47
21                  7838 Hillmont
                    Houston, Texas 77040
22                  Telephone: 713.547.5100
                    Fax: 713.647.5157
23
24
25