**EXHIBIT 7**

```
CSC4219                       Southwest Division - 034HO                CLK100CL
5/20/15  1144P                 Punch Detail History
                                 Selection Criteria

Select Ranges:              From:              To:
Date & Time Range: 6/01/11  1200A   6/01/12  1159P
Employee EUID:     DC73069
Badge Number:
Time Clocks:
Location #:
Mastr Dept:
Work Dept:
Job Code:
Title Code:
TAA Group:
Hrly/Salry:

        Pay Period Rules:
        Schedule Codes:
        Shift Codes:
        Group Codes:
        Status:
        Pay Frequency:
        Pay Type:
        Restriction Codes:
```

KROGER (SALINAS)  00355

CSC4219
5/20/15 1144P

iSeries Timekeeper: Southwest Division - 034HO
PUNCH DETAIL HISTORY
6/01/11 THRU 6/01/12

CLK100P
PAGE: 1

*INVALID

| DAY | DATE | ----ROUNDED---- IN | OUT | BADGE | DAILY | NOTES | ---ACTUAL--- IN | OUT | --SCHEDULED-- IN | OUT | FIXED | PAY CODE CLASS | SHIFT HOURS | AP | LABOR LVLS | WTD HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EMPLOYEE: DC73069 | | | | | CASTILLO, | DAVID | | | | | | | | | HOUSTON CLERKS -PT- 5-8HR DAY | |
| WED | 6/01/11 | 500A | 130P L | | 0455B | | 506A | 134P | 500A | 100P | | | 0455B | | 010.NA.PRODUCE.025000 | 8.50 |
| THU | 6/02/11 | 1100A | 645P E | | 0455B | | 1100A | 651P | 1100A | 700P | | | 8.50 | 0 | 010.NA.PRODUCE.025000 | 16.25 |
| SUN | 6/05/11 | 500A | 215P L | | 0455B | | 506A | 212P | 500A | 100P | | | 7.75 | 0 | 010.NA.PRODUCE.025000 | 25.50 |
| MON | 6/06/11 | 500A | 130P E | | 0455B | | 500A | 130P | 1000A | 600P | | | 9.25 | 0 | 010.NA.PRODUCE.025000 | 34.00 |
| TUE | 6/07/11 | 500A | 100P | | 0455B | | 503A | 102P | 500A | 100P | | | 8.50 | 0 | 010.NA.PRODUCE.025000 | 42.00 |
| THU | 6/09/11 | | TRANS | | 0455B | | 1200A | | 1200A | | | VACW | 8.00 | 0 | 010.NA.PRODUCE.025000 | 65.75 |
| MON | 7/18/11 | 515A | 100P L | | 0455B | | 508A | 1257P | 500A | 100P | | | 23.75 | 0 | 010.NA.PRODUCE.025000 | 73.50 |
| TUE | 7/19/11 | 100P | 600P | | 0455B | | 1256P | 606P | 100P | 600P | | | 7.75 | 0 | 010.NA.PRODUCE.025000 | 78.50 |
| THU | 7/21/11 | 500A | 115P L | | 0455B | | 502A | 112P | 500A | 100P | | | 5.00 | 0 | 010.NA.PRODUCE.025000 | 86.75 |
| FRI | 7/22/11 | 100P | 600P | | 0455D | | 1250P | 606P | 100P | 600P | | | 8.25 | 0 | 010.NA.PRODUCE.025000 | 91.75 |
| SUN | 7/24/11 | 1200P | 800P | | 0455B | | 1158A | 800P | 1200P | 800P | | | 5.00 | 0 | 010.NA.PRODUCE.025000 | 99.75 |
| WED | 7/27/11 | 515A | 100P L | | 0455B | | 510A | 100P | 500A | 100P | | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 107.50 |
| FRI | 7/29/11 | 515A | 100P L | | 0455B | | 512A | 1257P | 500A | 100P | | | 7.75 | 0 | 010.NA.PRODUCE.025000 | 115.25 |
| TUE | 8/02/11 | 500A | 100P | | 0455B | | 501A | 102P | 500A | 100P | | | 7.75 | 0 | 010.NA.PRODUCE.025000 | 123.25 |
| THU | 8/04/11 | 515A | 130P L | | 0455B | | 509A | 129P | 500A | 100P | | | 0.00 | 0 | 010.NA.PRODUCE.025000 | 131.50 |
| FRI | 8/05/11 | 515A | 1230P U | | 0455B | | 515A | 1229P | | | | | 0.25 | 0 | 010.NA.PRODUCE.025000 | 138.75 |
| SAT | 8/06/11 | 515A | 100P U | | 0455B | | 508A | 1255P | | | | | 7.25 | 0 | 010.NA.PRODUCE.025000 | 146.50 |
| SUN | 8/07/11 | 515A | 100P L | | 0455B | | 517A | 1257P | 500A | 100P | | | 7.75 | 0 | 010.NA.PRODUCE.025000 | 154.25 |
| WED | 8/10/11 | 500A | 115P | | 0455B | | 504A | 112P | 500A | 100P | | | 7.75 | 0 | 010.NA.PRODUCE.025000 | 162.50 |
| SAT | 8/13/11 | 515A | 145P L | | 0455B | | 510A | 147P | 500A | 100P | | | 8.25 | 0 | 010.NA.PRODUCE.025000 | 171.00 |
| SUN | 8/14/11 | 530A | 300P L | | 0455B | | 528A | 254P | 500A | 100P | | | 8.50 | 0 | 010.NA.PRODUCE.025000 | 180.50 |
| MON | 8/15/11 | 945A | 1145A U | | 0455B | | 942A | 1145A | | | | | 9.50 | 0 | 010.NA.PRODUCE.025000 | 182.50 |
| MON | 8/22/11 | 600A | 100P L | | 0455B | | 601A | 1259P | 500A | 100P | | | 2.00 | 0 | 010.NA.PRODUCE.025000 | 189.50 |
| TUE | 8/23/11 | 500A | 100P | | 0455B | | 458A | 102P | 500A | 100P | | | 7.00 | 0 | 010.NA.PRODUCE.025000 | 197.50 |
| FRI | 8/26/11 | 515A | 100P E | | 0455B | | 514A | 1254P | 500A | 100P | | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 205.25 |
| SAT | 8/27/11 | 600A | 215P L | | 0455B | | 556A | 221P | 500A | 100P | | | 7.75 | 0 | 010.NA.PRODUCE.025000 | 213.50 |
| SUN | 8/28/11 | 600A | 200P L | | 0455B | | 602A | 157P | 500A | 100P | | | 8.25 | 0 | 010.NA.PRODUCE.025000 | 221.50 |
| WED | 8/31/11 | 500A | 230P L | | 0455B | | 457A | 231P | 500A | 100P | | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 231.00 |
| SAT | 9/03/11 | 515A | 145P L | | 0455B | | 513A | 143P | 500A | 100P | | | 9.50 | 0 | 010.NA.PRODUCE.025000 | 239.50 |
| SUN | 9/04/11 | 500A | 100P | | 0455B | | 458A | 1259P | 500A | 100P | | | 8.50 | 0 | 010.NA.PRODUCE.025000 | 247.50 |
| MON | 9/05/11 | | TRANS | | 0455B C | | 1200A | | 500A | 100P | | LHLBR | 8.00 | 0 | 010.NA.PRODUCE.025000 | 251.50 |
| LABOR DAY | LEGAL HOLIDAY BENEFIT PAY | | | | | | | | | | | | 4.00 | | | |
| MON | 9/05/11 | 545A | 130P L | | 0455B | | 545A | 124P | 500A | 100P | | | 7.75 | 0 | 010.NA.PRODUCE.025000 | 259.25 |
| WED | 9/07/11 | 545A | 145P L | | 0455B | | 543A | 149P | 500A | 100P | | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 267.25 |
| SUN | 9/11/11 | 515A | 100P | | 0455B | | 513A | 100P | 500A | 100P | | | 7.75 | 0 | 010.NA.PRODUCE.025000 | 275.00 |
| MON | 9/12/11 | 500A | 100P | | 0455B | | 457A | 106P | 500A | 100P | | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 283.00 |
| WED | 9/14/11 | 515A | 115P L | | 0455B | | 511A | 122P | 500A | 100P | | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 291.00 |
| SUN | 9/18/11 | 515A | 215P L | | 0455B | | 511A | 216P | 500A | 100P | | | 9.00 | 0 | 010.NA.PRODUCE.025000 | 300.00 |
| MON | 9/19/11 | 500A | 145P L | | 0455B | | 502A | 138P | 500A | 100P | | | 8.75 | 0 | 010.NA.PRODUCE.025000 | 308.75 |
| THU | 9/21/11 | 1115P | 845A E | | 0455B | | 1114P | 846A | 500A | 100P | | | 9.50 | 0 | 010.NA.PRODUCE.025000 | 310.25 |
| MON | 9/26/11 | 100A | 1030A L | | 0455B | | 107A | 1025A | 500A | 100P | | | 9.50 | 0 | 010.NA.PRODUCE.025000 | 327.75 |
| WED | 9/28/11 | 400A | 1230P U | | 0455B | | 400A | 1229P | 100A | 900A | | | 8.50 | 0 | 010.NA.PRODUCE.025000 | 336.25 |
| SAT | 10/01/11 | 115A | 900A L | | 0455B | | 114A | 906A | 100A | 900A | | | 7.75 | 0 | 010.NA.PRODUCE.025000 | 344.00 |
| SUN | 10/02/11 | 515A | 1015A L | | 0455B | | 509A | 1012A | 500A | 1000A | | | 5.00 | 0 | 010.NA.PRODUCE.025000 | 349.00 |
| WED | 10/05/11 | 500A | 1245P E | | 0455B | | 504A | 1251P | 500A | 100P | | | 7.75 | 0 | 010.NA.PRODUCE.025000 | 356.75 |
| THU | 10/06/11 | 1215A | 715A E | | 0455B | | 1216A | 709A | 300A | 1100A | | | 7.00 | 0 | 010.NA.PRODUCE.025000 | 363.75 |
| SUN | 10/09/11 | 500A | 1030A L | | 0455B | | 500A | 1025A | 500A | 1000A | | | 5.50 | 0 | 010.NA.PRODUCE.025000 | 369.25 |
| WED | 10/12/11 | 500A | 100P | | 0455B | | 455A | 100P | 500A | 100P | | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 377.25 |
| FRI | 10/14/11 | 600A | 115P L | | 0455B | | 553A | 115P | 500A | 100P | | | 7.25 | 0 | 010.NA.PRODUCE.025000 | 384.50 |
| SAT | 10/15/11 | 515A | 145P L | | 0455B | | 512A | 143P | 500A | 100P | | | 8.50 | 0 | 010.NA.PRODUCE.025000 | 393.00 |

KROGER (SALINAS) 00356

```
CSC4219                                          iSeries Timekeeper: Southwest Division - 034HO                                    CLK100P
5/20/15  1144P                                         PUNCH DETAIL HISTORY                                                       PAGE:  2
                                                       6/01/11 THRU  6/01/12

                      *INVALID
                ----ROUNDED----                ---ACTUAL---   --SCHEDULED--        SHIFT
DAY  DATE       IN       OUT     DAILY  NOTES   IN    OUT     IN     OUT   PAY    HOURS  AP  LABOR LVLS                       WTD
                                                                           CODE                                                HOURS
SUN  10/16/11   515A  L  130P  L 0455B          509A  130P    500A   100P          8.25   0  010.NA.PRODUCE.025000            401.25
MON  10/17/11   515A  L  115P  L 0455B          510A  121P    500A   100P          8.00   0  010.NA.PRODUCE.025000            409.25
WED  10/19/11   515A  L  100P    0455B          511A  104P    500A   100P          7.75   0  010.NA.PRODUCE.025000            417.00
SAT  10/22/11   600A  L 1000A    0455B          600A 1004A    500A  1000A          4.00   0  010.NA.PRODUCE.025000            421.00
WED  10/26/11   500A     100P    0455B          500A  100P    500A   100P          8.00   0  010.NA.PRODUCE.025000            429.00
SAT  10/29/11   500A     100P    0455B          504A  102P    500A   100P          8.00   0  010.NA.PRODUCE.025000            437.00
MON  10/31/11   515A  L  145P  L 0455B          512A  141P    500A   100P          8.50   0  010.NA.PRODUCE.025000            445.50
MON  11/07/11   500A  L  145P  L 0455B          506A  139P    500A   100P          8.75   0  010.NA.PRODUCE.025000            454.25
TUE  11/08/11   530A  L  145P  L 0455B          524A  145P    500A   100P          8.25   0  010.NA.PRODUCE.025000            462.50
THU  11/10/11   515A  L  115P  L 0455B          508A  109P    500A   100P          8.00   0  010.NA.PRODUCE.025000            470.50
TUE  11/15/11   525A  L  100P    0455B          508A  104P    500A   100P          7.75   0  010.NA.PRODUCE.025000            470.25
THU  11/17/11   515A  L  100P    0455B          511A  106P    500A   100P          7.75   0  010.NA.PRODUCE.025000            486.00
THU  11/24/11                    0455B     C   1200A         1200A   100P  LHTHK   4.00   0  010.NA.PRODUCE.025000            490.00
     THANKSGIVING LEGAL HOLIDAY BENEFIT PAY
THU  11/24/11   500A  L  145P  L 0455B          507A  130P    500A   100P          8.75   0  010.NA.PRODUCE.025000            498.75
SAT  11/26/11   515A  L  130P  L 0455B          516A  137P    500A   100P          8.25   0  010.NA.PRODUCE.025000            507.00
TUE  11/29/11   500A     100P    0455B          457A  105P    500A   100P          8.00   0  010.NA.PRODUCE.025000            515.00
FRI  12/02/11   500A     145P  L 0455B          456A  147P    500A   100P          8.75   0  010.NA.PRODUCE.025000            523.75
TUE  12/06/11   515A  L  100P    0455B          508A  107P    500A   100P          7.75   0  010.NA.PRODUCE.025000            531.50
THU  12/08/11  1030A  L  530P  L 0455B         1030A  527P    500A   100P          7.00   0  010.NA.PRODUCE.025000            538.50
MON  12/12/11   515A  L  115P  L 0455B          514A  120P    500A   100P          8.00   0  010.NA.PRODUCE.025000            546.50
WED  12/14/11   515A  L  200P  L 0455B          509A  154P    500A   100P          8.75   0  010.NA.PRODUCE.025000            555.25
MON  12/19/11   500A  L  100P    0455B          507A  100P    500A   100P          8.00   0  010.NA.PRODUCE.025000            563.25
TUE  12/20/11   515A  L  115P  L 0455B          515A  116P    500A   100P          8.00   0  010.NA.PRODUCE.025000            571.25
SUN  12/25/11            TRANS   0455B     C   1200A         1200A   700A  LHCHS   4.00   0  010.NA.PRODUCE.025000            575.25
     *CHRISTMAS  LEGAL HOLIDAY BENEFIT PAY*
MON  12/26/11   500A     100P    0455B          500A  102P    500A   100P          8.00   0  010.NA.PRODUCE.025000            503.25
WED  12/28/11   500A     100P    0455B          500A  100P    500A   100P          8.00   0  010.NA.PRODUCE.025000            591.25
FRI  12/30/11   500A     145P  L 0455B          455A  145P    500A   100P          8.75   0  010.NA.PRODUCE.025000            600.00
SAT  12/31/11   500A     115P  L 0455B          500A  117P    500A   100P          8.25   0  010.NA.PRODUCE.025000            608.25
SUN   1/01/12            TRANS   0455B     C   1200A         1200A   100P  LHRYR   4.00   0  010.NA.PRODUCE.025000            612.25
     *NEW YEARS  LEGAL HOLIDAY BENEFIT PAY*
SUN   1/01/12   515A  L  130P  L 0455B          516A  131P    500A   100P          8.25   0  010.NA.PRODUCE.025000            620.50
MON   1/02/12   515A  L  100P  L 0455B          516A  103P    500A   100P          7.75   0  010.NA.PRODUCE.025000            628.25
TUE   1/10/12   515A  L  130P  L 0455B          515A  135P    500A   100P          8.25   0  010.NA.PRODUCE.025000            636.50
THU   1/12/12   500A  L  200P  L 0455B          506A  154P    500A   100P          9.00   0  010.NA.PRODUCE.025000            645.50
MON   1/16/12   500A     115P  L 0455B          504A  110P    500A   100P          8.25   0  010.NA.PRODUCE.025000            653.75
TUE   1/17/12   515A  L  100P    0455B          509A  103P    500A   100P          7.75   0  010.NA.PRODUCE.025000            661.50
MON   1/23/12   500A    1245P  E 0455B          501A 1250P    500A   100P          7.75   0  010.NA.PRODUCE.025000            669.25
TUE   1/24/12   515A  L  145P  L 0455B          512A  138P    500A   100P          8.50   0  010.NA.PRODUCE.025000            677.75
MON   1/30/12   515A  L  115P  L 0455B          508A  120P    500A   100P          8.00   0  010.NA.PRODUCE.025000            685.75
THU   2/02/12   500A     100P    0455B          500A  100P    500A   100P          8.00   0  010.NA.PRODUCE.025000            693.75
FRI   2/03/12   815A  E  145P  L 0455B          821A  146P    900A  1200P          5.50   0  010.NA.PRODUCE.025000            699.25
SUN   2/05/12   500A     215P  L 0455B          503A  200P    500A   100P          9.25   0  010.NA.PRODUCE.025000            708.50
MON   2/06/12   500A  U  100P    0455B          500A  100P                         8.00   0  010.NA.PRODUCE.025000            716.50
TUE   2/07/12   500A  U  100P    0455B          500A  102P                         8.00   0  010.NA.PRODUCE.025000            724.50
THU   2/11/12            TRANS   0455B     C    500A  100P    500A   100P  REG     8.00   0  010.NA.PRODUCE.025000            732.50
     HISTORY RECALC-ADDED TIME RECORD
MON   2/13/12   515A  L  200P  L 0455B          510A  157P    500A   100P          8.75   0  010.NA.PRODUCE.025000            741.25
WED   2/15/12   515A  L  130P  L 0455B          508A  126P    500A  1200P          8.25   0  010.NA.PRODUCE.025000            749.50
MON   2/20/12   515A  L  115P  L 0455B          522A  122P    500A   100P          8.00   0  010.NA.PRODUCE.025000            757.50
```

KROGER (SALINAS)   00357

```
CSC4219                              iSeries Timekeeper: Southwest Division - 034IIO                        CLK100P
5/20/15 1144P                              PUNCH DETAIL HISTORY                                              PAGE:  3
                                          6/01/11 THRU 6/01/12

                   *INVALID
         ----ROUNDED----                          ---ACTUAL---    --SCHEDULED--  PAY   SHIFT
DAY  DATE    IN     OUT     DAILY  NOTES      IN      OUT      IN      OUT   CODE   HOURS  AP  LABOR LVLS                         WTD HOURS
---  ------- ----   ----   ------  -----     ----    ----    ----    ----  ----  ------  --  --------------------------------   ---------
TUE  2/21/12 515A L 130P L 0455B              508A    132P    500A    100P         8.25   0  010.NA.PRODUCE.025000               765.75
MON  2/27/12 500A U 115P U 0455B              500A    110P                         8.25   0  010.NA.PRODUCE.025000               774.00
TUE  2/28/12 500A U 200P U 0455B              500A    200P                         9.00   0  010.NA.PRODUCE.025000               783.00
MON  3/05/12 500A   100P   0455B              500A    100P    500A    100P         8.00   0  010.NA.PRODUCE.025000               791.00
MON  3/12/12 500A   145P L 0455B              504A    130P    500A    100P         8.75   0  010.NA.PRODUCE.025000               799.75
TUE  3/13/12 515A L 145P L 0455B              517A    138P    500A    100P         8.50   0  010.NA.PRODUCE.025000               808.25
TUE  3/20/12 515A L 115P L 0455B              511A    115P    500A    100P         8.00   0  010.NA.PRODUCE.025000               816.25
THU  3/22/12 515A L 115P L 0455B              520A    114P    500A    100P         8.00   0  010.NA.PRODUCE.025000               824.25
MON  3/26/12 500A L 115P L 0455B              503A    116P    500A    100P         8.25   0  010.NA.PRODUCE.025000               832.50
FRI  3/29/12 1130P E 945A E 0455B             1130P   940A    500A    100P        10.25   0  010.NA.PRODUCE.025000               842.75
MON  4/02/12 515A L 115P L 0455B              509A    121P    500A    100P         8.00   0  010.NA.PRODUCE.025000               850.75
TUE  4/03/12 515A L 100P   0455B              514A    105P    500A    100P         7.75   0  010.NA.PRODUCE.025000               858.50
FRI  4/06/12 800A L 415P L 0455B              801A    408P    800A    400P         8.25   0  010.NA.PRODUCE.025000               866.75
SAT  4/07/12 800A   415P L 0455B              803A    419P    800A    400P         8.25   0  010.NA.PRODUCE.025000               875.00
WED  4/11/12 500A U 130P   0455B              500A    135P                         8.50   0  010.NA.PRODUCE.025000               883.50
SUN  4/15/12         TRANS                    1200A           1200A         VACW  24.50   0  010.NA.PRODUCE.025000               908.00
--------------------------------------------------------------------------------------------
TOT HRS:     908.00 WORKED           843.75  NON-WORKED              70.75  PAID   914.50 NON-PAID                 .00 ADJUST         5.00
HOURS BY PAY CODE      REGULAR HOURS          701.00  OVERTIME         29.00       SUNDAY WORK-RE       90.00 VACATION WEEK          48.25
HOURS BY PAY CODE      LH LABOR DAY             4.00  HOLIDAY 1+1/4X   23.75       LH THANKSGIVIN        4.00 LH CHRISTMAS            4.00
HOURS BY PAY CODE      LH NEW YEARS D           4.00  NIGHT PREM 35>    6.50
--------------------------------------------------------------------------------------------
** TOTALS
TOT HRS:     908.00 WORKED           843.75  NON-WORKED              70.75  PAID   914.50 NON-PAID                 .00 ADJUST         5.00
HOURS BY PAY CODE      REGULAR HOURS          701.00  OVERTIME         29.00       SUNDAY WORK-RE       90.00 VACATION WEEK          48.25
HOURS BY PAY CODE      LH LABOR DAY             4.00  HOLIDAY 1+1/4X   23.75       LH THANKSGIVIN        4.00 LH CHRISTMAS            4.00
HOURS BY PAY CODE      LH NEW YEARS D           4.00  NIGHT PREM 35>    6.50

** FINAL TOTALS
TOT HRS:     908.00 WORKED           843.75  NON-WORKED              70.75  PAID   914.50 NON PAID                 .00 ADJUST         5.00
HOURS BY PAY CODE      REGULAR HOURS          701.00  OVERTIME         29.00       SUNDAY WORK-RE       90.00 VACATION WEEK          48.25
HOURS BY PAY CODE      LH LABOR DAY             4.00  HOLIDAY 1+1/4X   23.75       LH THANKSGIVIN        4.00 LH CHRISTMAS            4.00
HOURS BY PAY CODE      LH NEW YEARS D           4.00  NIGHT PREM 35>    6.50
```

KROGER (SALINAS)   00358

```
CSC4219                       Southwest Division - 034HO                    CLK100CL
5/20/15 1144P                 Punch Detail History
                                Selection Criteria

Select Ranges:         From:              To:
Date & Time Range:  6/01/11 1200A    6/01/12 1159P
Employee EUID:    DC73069
Badge Number:
Time Clocks:
Location #:
Mastr Dept:
Work Dept:
Job Code:
Title Code:
TAA Group:
Hrly/Salry:

         Pay Period Rules:
         Schedule Codes:
         Shift Codes:
         Group Codes:
         Status:
         Pay Frequency:
         Pay Type:
         Restriction Codes:
```

KROGER (SALINAS)    00355

```
CSC4219                                         iSeries Timekeeper: Southwest Division - 034HO                                              CLK100P
5/20/15  1144P                                              PUNCH DETAIL HISTORY                                                            PAGE:  1
                                                          6/01/11 THRU 6/01/12

                      *INVALID
              ----ROUNDED----                                            --SCHEDULED--   PAY
DAY   DATE    IN       OUT      DAILY  NOTES        ---ACTUAL---        IN      OUT    CODE   SHIFT                                          WTD
                                                    IN      OUT                                HOURS   AP  LABOR LVLS                       HOURS
                                                                                       FIXED  CLASS:
EMPLOYEE: DC73069   BADGE:              CASTILLO,  DAVID                                       0455B       HOUSTON CLERKS -PT-  5-8HR  DAY
WED  6/01/11  500A     130P  L  0455B               506A    134P       500A    100P             8.50   0   010.NA.PRODUCE.025000              8.50
THU  6/02/11  1100A    645P  E  0455B              1100A    651P      1100A    700P             7.75   0   010.NA.PRODUCE.025000             16.25
SUN  6/05/11  500A     215P  L  0455B               506A    212P       500A    100P             9.25   0   010.NA.PRODUCE.025000             25.50
MON  6/06/11  500A     130P  E  0455D               500A    130P      1000A    600P             8.50   0   010.NA.PRODUCE.025000             34.00
TUE  6/07/11  500A     100P     0455B               503A    102P       500A    100P             8.00   0   010.NA.PRODUCE.025000             42.00
THU  6/09/11          TRANS     0455B              1200A              1200A                    23.75   0   010.NA.PRODUCE.025000             65.75
MON  7/18/11  515A     100P  L  0455B               508A   1257P       500A    100P      VACW   7.75   0   010.NA.PRODUCE.025000             73.50
TUE  7/19/11  100P     600P     0455B              1256P    606P       100P    600P             5.00   0   010.NA.PRODUCE.025000             78.50
THU  7/21/11  500A     115P  L  0455B               502A    112P       500A    100P             8.25   0   010.NA.PRODUCE.025000             86.75
FRI  7/22/11  100P     600P     0455B              1258P    606P       100P    600P             5.00   0   010.NA.PRODUCE.025000             91.75
SUN  7/24/11  1200P    800P     0455B              1158A    800P      1200P    800P             8.00   0   010.NA.PRODUCE.025000             99.75
WED  7/27/11  515A     100P  L  0455B               510A    100P       500A    100P             7.75   0   010.NA.PRODUCE.025000            107.50
FRI  7/29/11  515A     100P  L  0455B               512A   1257P       500A    100P             7.75   0   010.NA.PRODUCE.025000            115.25
TUE  8/02/11  500A     100P     0455B               501A    102P       500A    100P             8.00   0   010.NA.PRODUCE.025000            123.25
THU  8/04/11  515A     130P  L  0455B               509A    129P       500A    100P             8.25   0   010.NA.PRODUCE.025000            131.50
FRI  8/05/11  515A    1230P  U  0455B               515A   1229P                                7.25   0   010.NA.PRODUCE.025000            138.75
SAT  8/06/11  515A     100P  U  0455B               508A   1255P                                7.75   0   010.NA.PRODUCE.025000            146.50
SUN  8/07/11  515A     100P  L  0455B               517A   1257P       500A    100P             7.75   0   010.NA.PRODUCE.025000            154.25
WED  8/10/11  500A     115P  L  0455D               504A    112P       500A    100P             8.25   0   010.NA.PRODUCE.025000            162.50
SAT  8/13/11  515A     145P  L  0455D               510A    147P       500A    100P             8.50   0   010.NA.PRODUCE.025000            171.00
SUN  8/14/11  530A     300P  L  0455B               520A    254P       500A    100P             9.50   0   010.NA.PRODUCE.025000            180.50
MON  8/15/11  945A    1145A  U  0455B               942A   1145A                                2.00   0   010.NA.PRODUCE.025000            182.50
MON  8/22/11  600A     100P  L  0455B               601A   1259P       500A    100P             7.00   0   010.NA.PRODUCE.025000            189.50
TUE  8/23/11  500A     100P     0455B               458A    102P       500A    100P             8.00   0   010.NA.PRODUCE.025000            197.50
FRI  8/26/11  515A     100P  E  0455B               514A   1254P       500A    100P             7.75   0   010.NA.PRODUCE.025000            205.25
SAT  8/27/11  600A     215P  L  0455B               556A    221P       500A    100P             8.25   0   010.NA.PRODUCE.025000            213.50
SUN  8/28/11  600A     200P  L  0455B               602A    157P       500A    100P             8.00   0   010.NA.PRODUCE.025000            221.50
WED  8/31/11  500A     230P  L  0455B               457A    231P       500A    100P             9.50   0   010.NA.PRODUCE.025000            231.00
SAT  9/03/11  515A     145P  L  0455B               513A    143P       500A    100P             8.50   0   010.NA.PRODUCE.025000            239.50
SUN  9/04/11  500A     100P     0455B               458A   1259P       500A    100P             8.00   0   010.NA.PRODUCE.025000            247.50
MON  9/05/11         TRANS      0455B           C  1200A              500A    100P      LHLBR   4.00   0   010.NA.PRODUCE.025000            251.50
LABOR DAY    LEGAL HOLIDAY BENEFIT PAY
MON  9/05/11  545A     130P  L  0455B               545A    124P       500A    100P             7.75   0   010.NA.PRODUCE.025000            259.25
WED  9/07/11  545A     145P  L  0455B               543A    149P       500A    100P             8.00   0   010.NA.PRODUCE.025000            267.25
SUN  9/11/11  515A     100P     0455B               513A    100P       500A    100P             7.75   0   010.NA.PRODUCE.025000            275.00
MON  9/12/11  500A     100P     0455B               457A    106P       500A    100P             8.00   0   010.NA.PRODUCE.025000            283.00
WED  9/14/11  515A     115P  L  0455B               511A    122P       500A    100P             8.00   0   010.NA.PRODUCE.025000            291.00
SUN  9/18/11  515A     215P  L  0455B               511A    216P       500A    100P             9.00   0   010.NA.PRODUCE.025000            300.00
MON  9/19/11  500A     145P  L  0455B               502A    138P       500A    100P             8.75   0   010.NA.PRODUCE.025000            308.75
THU  9/21/11  1115P    845A  E  0455B              1114P    846A       500A    100P             9.50   0   010.NA.PRODUCE.025000            318.25
MON  9/26/11  100A    1030A  L  0455B               107A   1025A       500A    100P             9.50   0   010.NA.PRODUCE.025000            327.75
WED  9/28/11  400A    1230P  U  0455B               400A   1229P       100A    900A             8.50   0   010.NA.PRODUCE.025000            336.25
SAT 10/01/11  115A     900A  L  0455B               114A    906A       100A    900A             7.75   0   010.NA.PRODUCE.025000            344.00
SUN 10/02/11  515A    1015A  L  0455B               509A   1012A       500A   1000A             5.00   0   010.NA.PRODUCE.025000            349.00
WED 10/05/11  500A    1245P  E  0455B               504A   1251P       500A    100P             7.75   0   010.NA.PRODUCE.025000            356.75
THU 10/06/11  1215A    715A  E  0455B              1216A    709A       300A   1100A             7.00   0   010.NA.PRODUCE.025000            363.75
SUN 10/09/11  500A    1030A  L  0455D               500A   1025A       500A   1000A             5.50   0   010.NA.PRODUCE.025000            369.25
WED 10/12/11  500A     100P     0455B               455A    100P       500A    100P             8.00   0   010.NA.PRODUCE.025000            377.25
FRI 10/14/11  600A     115P  L  0455B               553A    115P       500A    100P             7.25   0   010.NA.PRODUCE.025000            384.50
SAT 10/15/11  515A     145P  L  0455B               512A    143P       500A    100P             8.50   0   010.NA.PRODUCE.025000            393.00
```

KROGER (SALINAS)    00356

```
CSC4219                                          iSeries Timekeeper: Southwest Division - 034HO                              CLK100P
5/20/15  1144P                                            PUNCH DETAIL HISTORY                                               PAGE:  2
                                                          6/01/11 THRU  6/01/12

                    ----ROUNDED----    *INVALID                ---ACTUAL---     --SCHEDULED--          SHIFT                        WTD
DAY   DATE          IN      OUT        DAILY    NOTES    IN       OUT           IN      OUT     PAY    HOURS  AP  LABOR LVLS        HOURS
                                                                                                CODE
SUN  10/16/11       515A L  130P L     0455B             509A     130P          500A    100P           8.25    0  010.NA.PRODUCE.025000  401.25
MON  10/17/11       515A L  115P L     0455B             510A     121P          500A    100P           8.00    0  010.NA.PRODUCE.025000  409.25
WED  10/19/11       515A L  100P       0455B             511A     104P          500A    100P           7.75    0  010.NA.PRODUCE.025000  417.00
SAT  10/22/11       600A L  1000A      0455B             600A    1004A          500A   1000A           4.00    0  010.NA.PRODUCE.025000  421.00
WED  10/26/11       500A    100P       0455B             500A     100P          500A    100P           8.00    0  010.NA.PRODUCE.025000  429.00
SAT  10/29/11       500A    100P       0455B             504A     102P          500A    100P           8.00    0  010.NA.PRODUCE.025000  437.00
MON  10/31/11       515A L  145P L     0455B             512A     141P          500A    100P           8.50    0  010.NA.PRODUCE.025000  445.25
MON  11/07/11       500A L  145P L     0455B             506A     139P          500A    100P           8.75    0  010.NA.PRODUCE.025000  454.25
TUE  11/08/11       530A    145P L     0455D             524A     145P          500A    100P           8.25    0  010.NA.PRODUCE.025000  462.50
THU  11/10/11       515A L  115P L     0455D             508A     109P          500A    100P           8.00    0  010.NA.PRODUCE.025000  470.50
TUE  11/15/11       515A L  100P       0455D             508A     104P          500A    100P           7.75    0  010.NA.PRODUCE.025000  478.25
THU  11/17/11       515A L  100P       0455B             511A     106P          500A    100P           7.75    0  010.NA.PRODUCE.025000  486.00
THU  11/24/11              TRANS       0455B   C        1200A                  1200A    100P   LHTHK   4.00    0  010.NA.PRODUCE.025000  490.00
     THANKSGIVING HOLIDAY BENEFIT PAY
THU  11/24/11       500A L  145P L     0455B             507A     138P          500A    100P           8.75    0  010.NA.PRODUCE.025000  498.75
SAT  11/26/11       515A L  130P L     0455B             516A     137P          500A    100P           8.25    0  010.NA.PRODUCE.025000  507.00
TUE  11/29/11       500A    100P       0455B             457A     105P          500A    100P           8.00    0  010.NA.PRODUCE.025000  515.00
FRI  12/02/11       500A    145P L     0455B             456A     147P          500A    100P           8.75    0  010.NA.PRODUCE.025000  523.75
TUE  12/06/11       515A L  100P       0455B             508A     107P          500A    100P           7.75    0  010.NA.PRODUCE.025000  531.50
THU  12/08/11      1030A L  530P       0455B            1030A     527P          500A    100P           7.00    0  010.NA.PRODUCE.025000  538.50
MON  12/12/11       515A L  115P L     0455B             514A     120P          500A    100P           8.00    0  010.NA.PRODUCE.025000  546.50
WED  12/14/11       515A L  200P L     0455B             509A     154P          500A    100P           8.75    0  010.NA.PRODUCE.025000  555.25
MON  12/19/11       500A L  100P       0455B             507A     100P          500A    100P           8.00    0  010.NA.PRODUCE.025000  563.25
TUE  12/20/11       515A L  115P L     0455B             515A     116P          500A    100P           8.00    0  010.NA.PRODUCE.025000  571.25
SUN  12/25/11              TRANS       0455B   C        1200A                  1200A    700A   LHCHS   4.00    0  010.NA.PRODUCE.025000  575.25
    *CHRISTMAS   LEGAL HOLIDAY BENEFIT PAY*
MON  12/26/11       500A    100P       0455B             500A     102P          500A    100P           8.00    0  010.NA.PRODUCE.025000  503.25
WED  12/28/11       500A    100P       0455B             500A     100P          500A    100P           8.00    0  010.NA.PRODUCE.025000  591.25
FRI  12/30/11       500A    145P L     0455B             455A     145P          500A    100P           8.75    0  010.NA.PRODUCE.025000  600.00
SAT  12/31/11       500A    115P L     0455B             500A     117P          500A    100P           8.25    0  010.NA.PRODUCE.025000  608.25
SUN   1/01/12              TRANS       0455B   C        1200A                  1200A    100P   LHNYR   4.00    0  010.NA.PRODUCE.025000  612.25
    *NEW YEARS   LEGAL HOLIDAY BENEFIT PAY*
SUN   1/01/12       515A L  100P L     0455B             516A     131P          500A    100P           8.25    0  010.NA.PRODUCE.025000  620.50
MON   1/02/12       515A L  100P       0455B             516A     103P          500A    100P           7.75    0  010.NA.PRODUCE.025000  628.25
TUE   1/10/12       515A L  130P L     0455B             515A     135P          500A    100P           0.25    0  010.NA.PRODUCE.025000  636.50
THU   1/12/12       500A L  200P L     0455B             506A     154P          500A    100P           9.00    0  010.NA.PRODUCE.025000  645.50
MON   1/16/12       515A L  115P L     0455B             504A     118P          500A    100P           8.25    0  010.NA.PRODUCE.025000  653.75
TUE   1/17/12       515A    100P       0455B             509A     103P          500A    100P           7.75    0  010.NA.PRODUCE.025000  661.50
MON   1/23/12       500A    1245P E    0455B             501A    1250P          500A    100P           7.75    0  010.NA.PRODUCE.025000  669.25
TUE   1/24/12       515A L  145P L     0455B             512A     130P          500A    100P           8.50    0  010.NA.PRODUCE.025000  677.75
MON   1/30/12       515A L  115P L     0455B             508A     120P          500A    100P           8.00    0  010.NA.PRODUCE.025000  685.75
THU   2/02/12       500A    100P       0455B             500A     100P          500A    100P           8.00    0  010.NA.PRODUCE.025000  693.75
FRI   2/03/12       815A E  145P L     0455B             821A     146P          900A   1200P           5.50    0  010.NA.PRODUCE.025000  699.25
SUN   2/05/12       500A    215P L     0455B             503A     208P          500A    100P           9.25    0  010.NA.PRODUCE.025000  708.50
MON   2/06/12       500A U  100P       0455B             500A     100P                                 8.00    0  010.NA.PRODUCE.025000  716.50
TUE   2/07/12       500A U  100P       0455B             500A     102P                                 8.00    0  010.NA.PRODUCE.025000  724.50
THU   2/11/12              TRANS       0455B   C         500A     100P          500A    100P   REG     8.00    0  010.NA.PRODUCE.025000  732.50
     HISTORY RECALC-ADDED TIME RECORD
MON   2/13/12       515A L  200P L     0455B             510A     157P          500A    100P           8.75    0  010.NA.PRODUCE.025000  741.25
WED   2/15/12       515A L  130P L     0455B             508A     126P          500A   1200P           8.25    0  010.NA.PRODUCE.025000  749.50
MON   2/20/12       515A L  115P L     0455B             522A     122P          500A    100P           8.00    0  010.NA.PRODUCE.025000  757.50
```

KROGER (SALINAS)   00357

```
CSC4219                                                          iSeries Timekeeper: Southwest Division - 034HO                                        CLK100P
5/20/15  1144P                                                           PUNCH DETAIL HISTORY                                                          PAGE:  3
                                                                         6/01/11 THRU  6/01/12

                        *INVALID
                    ----ROUNDED----                           ---ACTUAL---       --SCHEDULED--  PAY      SHIFT
DAY   DATE           IN       OUT        DAILY   NOTES         IN     OUT         IN     OUT   CODE     HOURS    AP  LABOR LVLS                                   WTD HOURS
--------------------------------------------------------------------------------------------------------------------------------------------------------------------------
TUE   2/21/12       515A  L  130P  L    0455B                 508A   132P        500A   100P             8.25    0   010.NA.PRODUCE.025000                       765.75
MON   2/27/12       500A  U  115P  U    0455B                 500A   110P                                8.25    0   010.NA.PRODUCE.025000                       774.00
TUE   2/28/12       500A  U  200P  U    0455B                 500A   200P                                9.00    0   010.NA.PRODUCE.025000                       783.00
MON   3/05/12       500A     100P       0455B                 500A   100P        500A   100P             8.00    0   010.NA.PRODUCE.025000                       791.00
MON   3/12/12       500A     145P  L    0455B                 504A   130P        500A   100P             8.75    0   010.NA.PRODUCE.025000                       799.75
TUE   3/13/12       515A  L  145P  L    0455B                 517A   130P        500A   100P             8.50    0   010.NA.PRODUCE.025000                       808.25
TUE   3/20/12       515A  L  115P  L    0455B                 511A   115P        500A   100P             8.00    0   010.NA.PRODUCE.025000                       816.25
THU   3/22/12       515A  L  115P  L    0455B                 520A   114P        500A   100P             8.00    0   010.NA.PRODUCE.025000                       824.25
MON   3/26/12       500A     115P  L    0455B                 503A   116P        500A   100P             8.25    0   010.NA.PRODUCE.025000                       832.50
FRI   3/29/12      1130P  E  945A  E    0455B                1130P   940A        500A   100P            10.25    0   010.NA.PRODUCE.025000                       842.75
MON   4/02/12       515A  L  115P  L    0455B                 509A   121P        500A   100P             8.00    0   010.NA.PRODUCE.025000                       850.75
TUE   4/03/12       515A  L  100P       0455B                 514A   105P        500A   100P             7.75    0   010.NA.PRODUCE.025000                       858.50
FRI   4/06/12       800A  L  415P  L    0455B                 801A   408P        800A   400P             8.25    0   010.NA.PRODUCE.025000                       866.75
SAT   4/07/12       800A     415P  L    0455B                 803A   419P        800A   400P             8.25    0   010.NA.PRODUCE.025000                       875.00
WED   4/11/12       500A  U  130P       0455B                 500A   135P                                8.50    0   010.NA.PRODUCE.025000                       883.50
SUN   4/15/12              TRANS        0455B                1200A              1200A         VACW      24.50    0   010.NA.PRODUCE.025000                       908.00
-------------------------------------------------------------------------------------------------------------------------------------------------------------------
TOT HRS:          908.00  WORKED        843.75  NON-WORKED   70.75   PAID                             914.50  NON-PAID        .00  ADJUST                          5.00
HOURS BY PAY CODE         REGULAR HOURS         701.00       OVERTIME         29.00                   SUNDAY WORK-RE         90.00  VACATION WEEK                  48.25
HOURS BY PAY CODE         LH LABOR DAY            4.00       HOLIDAY 1+1/4X   23.75                   LH THANKSGIVIN          4.00  LH CHRISTMAS                    4.00
HOURS BY PAY CODE         LH NEW YEARS D          4.00       NIGHT PREM 35>    6.50

** TOTALS
TOT HRS:          908.00  WORKED        843.75  NON-WORKED   70.75   PAID                             914.50  NON-PAID        .00  ADJUST                          5.00
HOURS BY PAY CODE         REGULAR HOURS         701.00       OVERTIME         29.00                   SUNDAY WORK RE         90.00  VACATION WEEK                  48.25
HOURS BY PAY CODE         LH LABOR DAY            4.00       HOLIDAY 1+1/4X   23.75                   LH THANKSGIVIN          4.00  LH CHRISTMAS                    4.00
HOURS BY PAY CODE         LH NEW YEARS D          4.00       NIGHT PREM 35>    6.50

** FINAL TOTALS
TOT HRS:          908.00  WORKED        843.75  NON-WORKED   70.75   PAID                             914.50  NON PAID        .00  ADJUST                          5.00
HOURS BY PAY CODE         REGULAR HOURS         701.00       OVERTIME         29.00                   SUNDAY WORK RE         90.00  VACATION WEEK                  48.25
HOURS BY PAY CODE         LH LABOR DAY            4.00       HOLIDAY 1+1/4X   23.75                   LH THANKSGIVIN          4.00  LH CHRISTMAS                    4.00
HOURS BY PAY CODE         LH NEW YEARS D          4.00       NIGHT PREM 35>    6.50
```

KROGER (SALINAS)   00358