# EXHIBIT 8

```
CSC4219                      Southwest Division - 034HO              CLK100CL
5/20/15 1147P                Punch Detail History
                               Selection Criteria

Select Ranges:
Date & Time Range:   From:              To:
                     6/01/11  1200A   6/01/12  1159P
Employee EUID:
Badge Number:        100013
Time Clocks:
Location #:
Mastr Dept:
Work Dept:
Job Code:
Title Code:
TAA Group:
Hrly/Salry:

              Pay Period Rules:
              Schedule Codes:
              Shift Codes:
              Group Codes:
              Status:
              Pay Frequency:
              Pay Type:
              Restriction Codes:
```

KROGER (SALINAS)   00348

```
CSC4219                        iSeries Timekeeper: Southwest Division - 034HO                         CLK100P
5/20/15  1147P                            PUNCH DETAIL HISTORY                                         PAGE:  1
                                          6/01/11 THRU 6/01/12
                                                *INVALID
```

EMPLOYEE: RS13886   BADGE: 100013   SALINAS, ROBERT
HOUSTON CLERKS (FT) 5-8HR DAY   FIXED CLASS: 0455A

| DAY | DATE | ROUNDED IN | ROUNDED OUT | NOTE | DAILY | ACTUAL IN | ACTUAL OUT | SCHED IN | SCHED OUT | PAY CODE | SHIFT HOURS | AP | LABOR LVLS | WTD HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WED | 6/01/11 | 600A | 200P | | 0455A | 606A | 203P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 8.00 |
| THU | 6/02/11 | 515A | 115P | L | 0455A | 508A | 108P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 16.00 |
| TUE | 6/07/11 | 600A | 200P | | 0455A | 603A | 204P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 24.00 |
| WED | 6/08/11 | 600A | 200P | | 0455A | 558A | 157P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 32.00 |
| THU | 6/09/11 | 600A | 200P | | 0455A | 558A | 200P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 40.00 |
| FRI | 6/10/11 | 600A | 200P | | 0455A | 603A | 205P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 48.00 |
| SAT | 6/11/11 | 600A | 200P | L | 0455A | 606A | 159P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 56.00 |
| SUN | 6/12/11 | 600A | 200P | L | 0455A | 607A | 200P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 64.00 |
| MON | 6/13/11 | 600A | 200P | | 0455A | 604A | 202P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 72.00 |
| TUE | 6/14/11 | 600A | 200P | | 0455A | 601A | 202P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 80.00 |
| WED | 6/15/11 | 615A | 215P | L | 0455A | 609A | 200P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 88.00 |
| FRI | 6/17/11 | 400A | 230P | L | 0455A | 403A | 236P | 400A | 1200P | | 10.50 | 0 | 010.NA.PRODUCE.025000 | 98.50 |
| SUN | 6/19/11 | 600A | 230P | L | 0455A | 605A | 224P | 600A | 200P | | 8.50 | 0 | 010.NA.PRODUCE.025000 | 107.00 |
| TUE | 6/21/11 | 600A | 245P | L | 0455A | 606A | 248P | 600A | 200P | | 8.75 | 0 | 010.NA.PRODUCE.025000 | 115.75 |
| WED | 6/22/11 | 600A | 200P | L | 0455A | 606A | 202P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 123.75 |
| FRI | 6/24/11 | 600A | 200P | L | 0455A | 604A | 200P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 131.75 |
| SAT | 6/25/11 | 600A | 200P | | 0455A | 605A | 202P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 139.75 |
| SUN | 6/26/11 | 600A | 200P | L | 0455A | 604A | 201P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 147.75 |
| TUE | 6/28/11 | 400A | 1200P | L | 0455A | 405A | 205P | 400A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 155.75 |
| WED | 6/29/11 | 400A | 1200P | L | 0455A | 406A | 1202P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 163.75 |
| FRI | 7/01/11 | 400A | 1200P | L | 0455A | 404A | 1200P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 171.75 |
| SAT | 7/02/11 | 400A | 1200P | | 0455A | 404A | 1200P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 179.75 |
| SUN | 7/03/11 | 200A | 1015A | L | 0455A | 206A | 1017A | 200A | 1000A | | 8.25 | 0 | 010.NA.PRODUCE.025000 | 188.00 |
| MON | 7/04/11 | 400A | 1200P | L | 0455A | 407A | 1205P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 196.00 |
| MON | 7/04/11 | | | | TRANS | 1200A | | 400A | 1200P | LHIHD | 8.00 | 0 | 010.NA.PRODUCE.025000 | 204.00 |

\*INDEPENDENCE LEGAL HOLIDAY BENEFIT PAY\* C

| DAY | DATE | ROUNDED IN | ROUNDED OUT | NOTE | DAILY | ACTUAL IN | ACTUAL OUT | SCHED IN | SCHED OUT | PAY CODE | SHIFT HOURS | AP | LABOR LVLS | WTD HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TUE | 7/05/11 | 500A | 100P | | 0455A | 503A | 102P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 212.00 |
| THU | 7/07/11 | 600A | 200P | | 0455A | 603A | 159P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 220.00 |
| SAT | 7/09/11 | 600A | 200P | | 0455A | 554A | 156P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 228.00 |
| MON | 7/11/11 | 600A | 200P | | 0455A | 558A | 156P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 236.00 |
| WED | 7/13/11 | 600A | 200P | | 0455A | 559A | 202P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 244.00 |
| THU | 7/14/11 | 600A | 200P | L | 0455A | 605A | 200P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 252.00 |
| FRI | 7/15/11 | 600A | 200P | L | 0455A | 606A | 157P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 260.00 |
| SAT | 7/16/11 | 600A | 200P | L | 0455A | 559A | 159P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 268.00 |
| SUN | 7/17/11 | 600A | 200P | | 0455A | 602A | 157P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 276.00 |
| MON | 7/18/11 | 600A | 200P | | 0455A | 601A | 150P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 284.00 |
| WED | 7/20/11 | 600A | 200P | | 0455A | 602A | 200P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 292.00 |
| FRI | 7/22/11 | 600A | 200P | | 0455A | 559A | 158P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 300.00 |
| SAT | 7/23/11 | 600A | 200P | | 0455A | 558A | 200P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 308.00 |
| MON | 7/25/11 | 600A | 200P | | 0455A | 558A | 205P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 316.00 |
| TUE | 7/26/11 | 600A | 200P | | 0455A | 602A | 158P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 324.00 |
| WED | 7/27/11 | 600A | 200P | | 0455A | 555A | 203P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 332.00 |
| FRI | 7/29/11 | 600A | 200P | E | 0455A | 601A | 155P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 340.00 |
| SAT | 7/30/11 | 600A | 200P | | 0455A | 600A | 200P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 348.00 |
| SUN | 7/31/11 | 600A | 200P | | 0455A | 605A | 157P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 356.00 |
| TUE | 8/02/11 | 600A | 200P | L | 0455A | 603A | 201P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 364.00 |
| WED | 8/03/11 | 600A | 200P | | 0455A | 604A | 202P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 372.00 |
| FRI | 8/05/11 | 600A | 200P | | 0455A | 553A | 159P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 380.00 |
| SAT | 8/06/11 | 600A | 200P | | 0455A | 600A | 156P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 388.00 |
| SUN | 8/07/11 | 600A | 200P | E | 0455A | 600A | 155P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 396.00 |

KROGER (SALINAS)   00349

```
CSC4219                                                  iSeries Timekeeper: Southwest Division - 034HO                              CLK100P
5/20/15  1147P                                                      PUNCH DETAIL HISTORY                                             PAGE:  2
                                                                    6/01/11 THRU 6/01/12
                          *INVALID
```

| DAY | DATE | ROUNDED IN | ROUNDED OUT | | DAILY | NOTES | ACTUAL IN | ACTUAL OUT | SCHEDULED IN | SCHEDULED OUT | PAY CODE | SHIFT HOURS | AP | LABOR LVLS | WTD HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MON | 8/08/11 | 600A | 200P | | 0455A | | 601A | 156P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 404.00 |
| THU | 8/11/11 | 400A | 1200P | L | 0455A | | 405A | 1200P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 412.00 |
| FRI | 8/12/11 | 500A | 200P | | 0455A | | 559A | 200P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 420.00 |
| SAT | 8/13/11 | 600A | 1200P | | 0455A | | 553A | 1153A | 600A | | | | 0 | 010.NA.PRODUCE.025000 | 426.00 |
| SAT | 8/13/11 | 115P | 315P | L | 0455A | M | 109P | 309P | | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 428.00 |
| SUN | 8/14/11 | 600A | 200P | | 0455A | | 607A | 205P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 436.00 |
| MON | 8/15/11 | 600A | 200P | | 0455A | | 603A | 206P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 444.00 |
| THU | 8/18/11 | 400A | 1200P | L | 0455A | | 405A | 1204P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 452.00 |
| FRI | 8/19/11 | 500A | 100P | L | 0455A | | 506A | 103P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 460.00 |
| SAT | 8/20/11 | 615A | 215P | L | 0455A | | 611A | 209P | 600A | 200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 468.00 |
| SUN | 8/21/11 | 400A | 1200P | | 0455A | | 403A | 1201P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 476.00 |
| TUE | 8/23/11 | 415A | 1215P | L | 0455A | | 417A | 1219P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 484.00 |
| WED | 8/24/11 | 400A | 1200P | | 0455A | | 404A | 1201P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 492.00 |
| FRI | 8/26/11 | 430A | 1230P | L | 0455A | | 429A | 1229P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 500.00 |
| SAT | 8/27/11 | 400A | 1200P | | 0455A | | 404A | 1204P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 508.00 |
| SUN | 8/28/11 | 400A | 1200P | L | 0455A | | 405A | 1202P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 516.00 |
| TUE | 8/30/11 | 400A | 1200P | L | 0455A | | 405A | 1202P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 524.00 |
| WED | 8/31/11 | 415A | 1215P | L | 0455A | | 411A | 1210P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 532.00 |
| FRI | 9/02/11 | 400A | 1200P | L | 0455A | | 405A | 1205P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 540.00 |
| SAT | 9/03/11 | 400A | 1200P | | 0455A | | 359A | 1200P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 548.00 |
| SUN | 9/04/11 | 400A | 1200P | L | 0455A | | 407A | 1204P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 556.00 |
| MON | 9/05/11 | | TRANS | | TRANS | C | 1200A | | 400A | 1200P | LHLBR | 8.00 | 0 | 010.NA.PRODUCE.025000 | 564.00 |
| | LABOR DAY | LEGAL HOLIDAY BENEFIT PAY | | | | | | | | | | | | | |
| MON | 9/05/11 | 415A | 1215P | L | 0455A | | 414A | 1211P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 572.00 |
| WED | 9/07/11 | 400A | 1200P | | 0455A | | 402A | 1205P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 580.00 |
| THU | 9/08/11 | 400A | 1200P | | 0455A | | 400A | 1200P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 588.00 |
| SAT | 9/10/11 | 400A | 1215P | L | 0455A | | 403A | 1213P | 400A | 1200P | | 8.25 | 0 | 010.NA.PRODUCE.025000 | 596.25 |
| SUN | 9/11/11 | 500A | 100P | | 0455A | | 505A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 604.25 |
| MON | 9/12/11 | 500A | 100P | | 0455A | | 502A | 104P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 612.25 |
| TUE | 9/13/11 | 500A | 115P | L | 0455A | | 504A | 110P | 500A | 100P | | 8.25 | 0 | 010.NA.PRODUCE.025000 | 620.50 |
| WED | 9/14/11 | | TRANS | | 0455A | | 1200A | | 1200A | | VACD | 8.00 | 0 | 010.NA.PRODUCE.025000 | 628.50 |
| THU | 9/15/11 | | TRANS | | 0455A | | 1200A | | 1200A | | VACD | 8.00 | 0 | 010.NA.PRODUCE.025000 | 636.50 |
| SUN | 9/18/11 | | TRANS | | 0455A | | 1200A | | 1200A | | VACD | 8.00 | 0 | 010.NA.PRODUCE.025000 | 644.50 |
| MON | 9/19/11 | | TRANS | | 0455A | | 1200A | | 1200A | | VACD | 8.00 | 0 | 010.NA.PRODUCE.025000 | 652.50 |
| TUE | 9/20/11 | | TRANS | | 0455A | | 1200A | | 1200A | | VACD | 8.00 | 0 | 010.NA.PRODUCE.025000 | 660.50 |
| WED | 9/21/11 | 500A | 100P | L | 0455A | | 501A | 102P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 668.50 |
| THU | 9/22/11 | 500A | 115P | E | 0455A | | 505A | 111P | 500A | 100P | | 8.25 | 0 | 010.NA.PRODUCE.025000 | 676.75 |
| SAT | 9/24/11 | 200A | 1000A | L | 0455A | | 206A | 1001A | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 684.75 |
| SUN | 9/25/11 | 500A | 100P | L | 0455A | | 506A | 104P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 692.75 |
| MON | 9/26/11 | 500A | 100P | | 0455A | | 507A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 700.75 |
| TUE | 9/27/11 | 500A | 115P | L | 0455A | | 503A | 111P | 500A | 100P | | 8.25 | 0 | 010.NA.PRODUCE.025000 | 709.00 |
| WED | 9/28/11 | 500A | 100P | | 0455A | | 502A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 717.00 |
| TUE | 10/04/11 | | TRANS | | TRANS | | 1200A | | 1200A | | VACW | 40.00 | 0 | 010.NA.PRODUCE.025000 | 757.00 |
| WED | 10/05/11 | | TRANS | | TRANS | | 1200A | | 1200A | | PHOL | 8.00 | 0 | 010.NA.PRODUCE.025000 | 765.00 |
| THU | 10/06/11 | 500A | 100P | | 0455A | | 459A | 1250P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 773.00 |
| FRI | 10/07/11 | 315A | 1115A | L | 0455A | | 314A | 1113A | 300A | 1100A | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 781.00 |
| SAT | 10/08/11 | 200A | 1000A | E | 0455A | | 207A | 1000A | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 789.00 |
| SUN | 10/09/11 | 500A | 100P | L | 0455A | | 507A | 102P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 797.00 |
| MON | 10/10/11 | 500A | 100P | | 0455A | | 502A | 105P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 805.00 |
| MON | 10/10/11 | 500A | 100P | L | 0455A | | 506A | 102P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 813.00 |
| WED | 10/12/11 | 500A | 100P | | 0455A | | 459A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 821.00 |

KROGER (SALINAS)   00350

CSC4219
5/20/15  1147P

iSeries Timekeeper: Southwest Division - 034IIO
PUNCH DETAIL HISTORY
6/01/11 THRU 6/01/12

CLK100P
PAGE:  3

*INVALID

| DAY | DATE | ROUNDED IN | ROUNDED OUT | DAILY | NOTES | ACTUAL IN | ACTUAL OUT | SCHEDULED IN | SCHEDULED OUT | PAY CODE | SHIFT HOURS | AP | LABOR LVLS | WTD HOURS |
|-----|------|-----------|-------------|-------|-------|-----------|-----------|--------------|---------------|----------|-------------|----|-----------|-----------|
| FRI | 10/14/11 | 500A | 100P | 0455A | | 500A | 1259P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 829.00 |
| SAT | 10/15/11 | 500A L | 100P | 0455A | | 505A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 837.00 |
| SUN | 10/16/11 | 500A | 100P | 0455A | | 501A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 845.00 |
| MON | 10/17/11 | 500A L | 100P | 0455A | | 505A | 102P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 853.00 |
| WED | 10/19/11 | 500A | 100P | 0455A | | 502A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 861.00 |
| THU | 10/20/11 | 315A E | 1115A E | 0455A | | 313A | 1113A | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 869.00 |
| SAT | 10/22/11 | 500A | 100P | 0455A | | 504A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 877.00 |
| SUN | 10/23/11 | 500A | 100P | 0455A | | 500A | 102P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 885.00 |
| MON | 10/24/11 | 500A | 100P | 0455A | | 501A | 1258P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 893.00 |
| WED | 10/26/11 | 500A | 100P | 0455A | | 459A | 104P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 901.00 |
| THU | 10/27/11 | | TRANS | 0455A | | 1200A | | 1200A | | FHOL | 8.00 | 0 | 010.NA.PRODUCE.025000 | 909.00 |
| FRI | 10/28/11 | 500A | 100P | 0455A | | 501A | 1258P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 917.00 |
| SAT | 10/29/11 | 500A | 100P | 0455A | | 501A | 1259P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 925.00 |
| SUN | 10/30/11 | 500A | 100P | 0455A | | 501A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 933.00 |
| MON | 10/31/11 | 500A | 100P | 0455A | | 457A | 1258P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 941.00 |
| WED | 11/02/11 | | TRANS | 0455A | | 1200A | | 1200A | | PHOL | 8.00 | 0 | 010.NA.PRODUCE.025000 | 949.00 |
| FRI | 11/04/11 | 500A | 100P | 0455A | | 459A | 1258P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 957.00 |
| SAT | 11/05/11 | 500A | 100P | 0455A | | 502A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 965.00 |
| SAT | 11/12/11 | | TRANS | 0455A | | 1200A | | 1200A | | VACW | 40.00 | 0 | 010.NA.PRODUCE.025000 | 1005.00 |
| SUN | 11/13/11 | 500A L | 100P L | 0455A | | 507A | 104P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1013.00 |
| MON | 11/14/11 | 515A L | 115P L | 0455A | | 511A | 108P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1021.00 |
| WED | 11/16/11 | 500A | 100P | 0455A | | 503A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1029.00 |
| FRI | 11/18/11 | 515A L | 115P L | 0455A | | 509A | 113P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1037.00 |
| SAT | 11/19/11 | 500A L | 100P | 0455A | | 507A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1045.00 |
| TUE | 11/22/11 | 500A L | 115P L | 0455A | | 504A | 113P | 500A | 100P | | 8.25 | 0 | 010.NA.PRODUCE.025000 | 1053.25 |
| WED | 11/23/11 | 515A L | 115P L | 0455A | | 509A | 119P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1061.25 |
| THU | 11/24/11 | | TRANS | 0455A | C | 1200A | | 500A | 100P | LHTHK | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1069.25 |

THANKSGIVING HOLIDAY BENEFIT PAY

| DAY | DATE | ROUNDED IN | ROUNDED OUT | DAILY | NOTES | ACTUAL IN | ACTUAL OUT | SCHEDULED IN | SCHEDULED OUT | PAY CODE | SHIFT HOURS | AP | LABOR LVLS | WTD HOURS |
|-----|------|-----------|-------------|-------|-------|-----------|-----------|--------------|---------------|----------|-------------|----|-----------|-----------|
| THU | 11/24/11 | 415A E | 1215P E | 0455A | | 418A | 1220P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1077.25 |
| FRI | 11/25/11 | 515A L | 115P L | 0455A | | 511A | 114P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1085.25 |
| SAT | 11/26/11 | 500A L | 100P | 0455A | | 505A | 103P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1093.25 |
| SUN | 11/27/11 | 500A L | 100P | 0455A | | 506A | 102P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1101.25 |
| MON | 11/28/11 | 500A L | 100P | 0455A | | 503A | 106P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1109.25 |
| WED | 11/30/11 | 500A | 100P | 0455A | | 503A | 104P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1117.25 |
| THU | 12/01/11 | 400A L | 1200P | 0455A | | 407A | 1204P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1125.25 |
| SAT | 12/03/11 | 515A L | 115P L | 0455A | | 508A | 108P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1133.25 |
| SUN | 12/04/11 | | TRANS | 0455A | | 1200A | | 1200A | | VACW | 40.00 | 0 | 010.NA.PRODUCE.025000 | 1173.25 |
| MON | 12/12/11 | 500A | 100P | 0455A | | 500A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1181.25 |
| TUE | 12/13/11 | 500A | 100P | 0455A | | 506A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1189.25 |
| THU | 12/15/11 | 515A L | 115P L | 0455A | | 515A | 116P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1197.25 |
| FRI | 12/16/11 | 515A L | 115P L | 0455A | | 509A | 116P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1205.25 |
| SAT | 12/17/11 | 500A L | 200P L | 0455A | | 507A | 200P | 500A | 100P | | 9.00 | 0 | 010.NA.PRODUCE.025000 | 1214.25 |
| MON | 12/19/11 | 500A | 100P | 0455A | | 503A | 1259P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1222.25 |
| TUE | 12/20/11 | 500A | 100P | 0455A | | 506A | 105P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1230.25 |
| WED | 12/21/11 | 500A L | 115P L | 0455A | | 505A | 112P | 500A | 100P | | 8.25 | 0 | 010.NA.PRODUCE.025000 | 1238.50 |
| THU | 12/22/11 | 515A U | 1000A | 0455A | | 509A | 1005A | 500A | 100P | | 4.75 | 0 | 010.NA.PRODUCE.025000 | 1243.25 |
| FRI | 12/23/11 | 500A L | 100P | 0455A | | 507A | 105P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1251.25 |
| SAT | 12/24/11 | 500A L | 100P | 0455A | | 507A | 107P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1259.25 |
| SUN | 12/25/11 | | TRANS | 0455A | C | 1200A | | 1200A | 600A | LHCHS | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1267.25 |

*CHRISTMAS LEGAL HOLIDAY BENEFIT PAY*

| DAY | DATE | ROUNDED IN | ROUNDED OUT | DAILY | NOTES | ACTUAL IN | ACTUAL OUT | SCHEDULED IN | SCHEDULED OUT | PAY CODE | SHIFT HOURS | AP | LABOR LVLS | WTD HOURS |
|-----|------|-----------|-------------|-------|-------|-----------|-----------|--------------|---------------|----------|-------------|----|-----------|-----------|
| TUE | 12/27/11 | 500A L | 100P | 0455A | | 505A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1275.25 |

CSC4219
5/20/15  1147P

CLK100P
PAGE:  4

iSeries Timekeeper: Southwest Division - 034HO
PUNCH DETAIL HISTORY
6/01/11 THRU 6/01/12

*INVALID

| DAY | DATE | ROUNDED IN | ROUNDED OUT | DAILY | NOTES | ACTUAL IN | ACTUAL OUT | SCHEDULED IN | SCHEDULED OUT | PAY CODE | SHIFT HOURS | AP | LABOR LVLS | WTD HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WED | 12/28/11 | 500A | TRANS | 0455A | | 1200A | | 1200A | | PHOL | 8.00 | 0 | | 1283.25 |
| THU | 12/29/11 | 500A L | 100P | 0455A | | 507A | 100P | 500A | 100P | | 8.00 | 0 | | 1291.25 |
| FRI | 12/30/11 | 500A L | 100P | 0455A | | 505A | 101P | 500A | 100P | | 8.00 | 0 | | 1299.25 |
| SAT | 12/31/11 | 500A | 115P L | 0455A | | 503A | 113P | 500A | 100P | | 8.25 | 0 | | 1307.50 |
| SUN | 1/01/12 | | TRANS | 0455A | C | 1200A | | 1200A | 100P | LHNYR | 8.00 | 0 | | 1315.50 |
| | *NEW YEARS | | | | | | | | | | | | | |
| | LEGAL HOLIDAY BENEFIT PAY* | | | | | | | | | | | | | |
| SUN | 1/01/12 | 500A L | 115P L | 0455A | | 504A | 108P | 500A | 100P | | 8.25 | 0 | 010.NA.PRODUCE.025000 | 1323.75 |
| MON | 1/02/12 | 515A L | 115P L | 0455A | | 509A | 108P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1331.75 |
| WED | 1/04/12 | 500A L | 100P | 0455A | | 507A | 105P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1339.75 |
| THU | 1/05/12 | 515A L | 115P L | 0455A | | 508A | 110P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1347.75 |
| SAT | 1/07/12 | 515A L | 130P L | 0455A | | 508A | 133P | 500A | 100P | | 8.25 | 0 | 010.NA.PRODUCE.025000 | 1356.00 |
| MON | 1/09/12 | 500A L | 100P | 0455A | | 505A | 102P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1364.00 |
| TUE | 1/10/12 | 515A L | 115P L | 0455A | | 508A | 110P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1372.00 |
| WED | 1/11/12 | 415A L | 1215P L | 0455A | | 415A | 1208P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1380.00 |
| FRI | 1/13/12 | 515A L | 115P L | 0455A | | 508A | 111P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1388.00 |
| SAT | 1/14/12 | 500A E | 100P | 0455A | | 454A | 1255P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1396.00 |
| SUN | 1/15/12 | 500A | 100P | 0455A | | 504A | 102P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1404.00 |
| TUE | 1/17/12 | 500A | 100P | 0455A | | 502A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1412.00 |
| WED | 1/18/12 | 500A | 100P | 0455A | | 502A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1420.00 |
| THU | 1/19/12 | 500A L | 100P | 0455A | | 505A | 106P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1428.00 |
| SAT | 1/21/12 | 500A | 100P | 0455A | | 502A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1436.00 |
| SUN | 1/22/12 | 500A | 115P L | 0455A | | 506A | 112P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1444.00 |
| MON | 1/23/12 | 515A L | 100P | 0455A | | 509A | 102P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1452.00 |
| WED | 1/25/12 | 500A L | 100P | 0455A | | 505A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1460.00 |
| THU | 1/26/12 | 500A L | 115P L | 0455A | | 506A | 109P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1468.00 |
| SAT | 1/28/12 | 515A L | 100P | 0455A | | 510A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1476.00 |
| SUN | 1/29/12 | 500A L | 100P | 0455A | | 506A | 101P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1484.00 |
| MON | 1/30/12 | 500A L | 115P L | 0455A | | 505A | 111P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1492.00 |
| TUE | 1/31/12 | 515A L | 115P L | 0455A | | 508A | 108P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1500.00 |
| WED | 2/01/12 | 515A L | 130P L | 0455A | | 521A | 125P | 500A | 100P | | 8.25 | 0 | 010.NA.PRODUCE.025000 | 1508.00 |
| SAT | 2/04/12 | 400A | 1200P | 0455A | | 405A | 1201P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1516.25 |
| SUN | 2/05/12 | 430A E | 1230P E | 0455A | | 432A | 1233P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1524.25 |
| MON | 2/06/12 | 500A | 100P | 0455A | | 501A | 103P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1532.25 |
| WED | 2/08/12 | 500A L | 100P | 0455A | | 505A | 1258P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1540.25 |
| FRI | 2/10/12 | 500A L | 100P | 0455A | | 506A | 102P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1548.25 |
| SAT | 2/11/12 | 400A | 1215P L | 0455A | | 406A | 1208P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1556.25 |
| SUN | 2/12/12 | 400A L | 1200P | 0455A | | 403A | 1159A | 400A | 1200P | | 8.25 | 0 | 010.NA.PRODUCE.025000 | 1564.50 |
| MON | 2/13/12 | 400A | 1200P | 0455A | | 406A | 1159A | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1572.50 |
| TUE | 2/14/12 | 500A | 100P | 0455A | | 501A | 101P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1580.50 |
| FRI | 2/17/12 | 515A L | 115P L | 0455A | | 511A | 108P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1588.50 |
| SAT | 2/18/12 | 500A L | 115P L | 0455A | | 507A | 110P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1596.50 |
| SUN | 2/19/12 | 500A | 100P | 0455A | | 507A | 100P | 500A | 100P | | 8.25 | 0 | 010.NA.PRODUCE.025000 | 1604.75 |
| MON | 2/20/12 | 515A L | 115P L | 0455A | | 510A | 112P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1612.75 |
| THU | 2/23/12 | 245A E | 1100A E | 0455A | | 248A | 1055A | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1620.75 |
| FRI | 2/24/12 | 500A L | 100P | 0455A | | 506A | 101P | 500A | 100P | | 8.25 | 0 | 010.NA.PRODUCE.025000 | 1629.00 |
| SAT | 2/25/12 | 500A | 100P | 0455A | | 504A | 106P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1637.00 |
| SUN | 2/26/12 | 500A | 115P L | 0455A | | 504A | 112P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1645.00 |
| MON | 2/27/12 | 500A L | 100P | 0455A | | 506A | 104P | 500A | 100P | | 8.25 | 0 | 010.NA.PRODUCE.025000 | 1653.25 |
| WED | 2/29/12 | 500A | 100P | 0455A | | 510A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1661.25 |
| FRI | 3/02/12 | 515A L | 100P | 0455A | | 515A | 100P | 500A | 100P | | 7.75 | 0 | 010.NA.PRODUCE.025000 | 1669.00 |
| SAT | 3/03/12 | 500A L | 100P | 0455A | | 503A | 101P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1677.00 |

KROGER (SALINAS)   00352

CSC4219
5/20/15  1147P

CLK100P
PAGE:  5

iSeries Timekeeper: Southwest Division - 034HO
PUNCH DETAIL HISTORY
6/01/11 THRU 6/01/12

*INVALID

| DAY | DATE | ROUNDED IN | | OUT | DAILY | NOTES | ACTUAL IN | OUT | SCHEDULED IN | OUT | PAY CODE | SHIFT HOURS | AP | LABOR LVLS | WTD HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUN | 3/04/12 | 500A | | 100P | 0455A | | 501A | 1259P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1685.00 |
| WED | 3/07/12 | 515A | L | 115P | 0455A | | 508A | 113P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1693.00 |
| THU | 3/08/12 | 500A | L | 100P | 0455A | | 505A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1702.00 |
| FRI | 3/09/12 | 500A | L | 100P | 0455A | | 506A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1709.00 |
| SAT | 3/10/12 | 500A | | 100P | 0455A | | 503A | 106P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1717.00 |
| SUN | 3/11/12 | 545A | L | 200P | 0455A | | 551A | 159P | 500A | 100P | | 8.25 | 0 | 010.NA.PRODUCE.025000 | 1725.25 |
| MON | 3/12/12 | 500A | | 100P | 0455A | | 504A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1733.25 |
| TUE | 3/13/12 | 500A | | 100P | 0455A | | 457A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1741.25 |
| FRI | 3/16/12 | 500A | | 100P | 0455A | | 507A | 105P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1749.25 |
| SAT | 3/17/12 | 500A | L | 100P | 0455A | | 506A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1757.25 |
| SUN | 3/18/12 | 500A | L | 100P | 0455A | | 503A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1765.25 |
| MON | 3/19/12 | 500A | L | 100P | 0455A | | 506A | 104P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1773.25 |
| WED | 3/21/12 | 500A | L | 100P | 0455A | | 506A | 103P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1781.25 |
| FRI | 3/23/12 | 500A | L | 100P | 0455A | | 505A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1789.25 |
| SAT | 3/24/12 | 500A | L | 100P | 0455A | | 507A | 105P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1797.25 |
| SUN | 3/25/12 | 500A | | 100P | 0455A | | 504A | 104P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1805.25 |
| TUE | 3/27/12 | 500A | | 100P | 0455A | | 504A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1813.25 |
| WED | 3/28/12 | 315A | E | 1230P | 0455A | | 319A | 1230P | 500A | 100P | | 9.25 | 0 | 010.NA.PRODUCE.025000 | 1822.50 |
| THU | 3/29/12 | 500A | L | 100P | 0455A | | 505A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1830.50 |
| SAT | 3/31/12 | 500A | L | 100P | 0455A | | 506A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1836.50 |
| SUN | 4/01/12 | 515A | L | 115P | 0455A | | 509A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1846.50 |
| WED | 4/04/12 | 500A | L | 130P | 0455A | | 506A | 129P | 500A | 100P | | 8.50 | 0 | 010.NA.PRODUCE.025000 | 1855.00 |
| THU | 4/05/12 | 500A | | 100P | 0455A | | 459A | 1258P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1863.00 |
| FRI | 4/06/12 | 500A | E | 100P | 0455A | | 500A | 1255P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1871.00 |
| SAT | 4/07/12 | 500A | | 100P | 0455A | | 507A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1879.00 |
| MON | 4/09/12 | 515A | L | 115P | 0455A | | 500A | 108P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1887.00 |
| TUE | 4/10/12 | 500A | L | 100P | 0455A | | 506A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1895.00 |
| THU | 4/12/12 | 500A | L | 100P | 0455A | | 506A | 102P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1903.00 |
| FRI | 4/13/12 | 500A | L | 100P | 0455A | | 507A | 102P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1911.00 |
| SAT | 4/14/12 | 500A | | 100P | 0455A | | 503A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1919.00 |
| SUN | 4/15/12 | 500A | | 100P | 0455A | | 459A | 103P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1927.00 |
| MON | 4/16/12 | 500A | L | 130P | 0455A | | 500A | 131P | 500A | 100P | | 0.50 | 0 | 010.NA.PRODUCE.025000 | 1935.50 |
| TUE | 4/17/12 | 800A | E | 330P | 0455A | | 801A | 325P | 800A | 100P | | 7.50 | 0 | 010.NA.TRAINPRODC.025 | 1943.00 |
| THU | 4/19/12 | 500A | L 3 | 800A | 0455A | | 505A | 800A | 500A | 400P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1946.00 |
| THU | 4/19/12 | 800A | | 100P | 0455A | B | 801A | 1259P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1951.00 |
| FRI | 4/20/12 | 500A | | 100P | 0455A | | 504A | 100P | 500A | 100P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 1959.00 |
| SUN | 4/22/12 | | | TRANS | 0455A | | 1200A | | 1200A | | VACW | 40.00 | 0 | 010.NA.PRODUCE.025000 | 1999.00 |
| MON | 4/30/12 | 400A | | 1200P | 0455A | | 404A | 1203P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 2007.00 |
| WED | 5/02/12 | 400A | | 1200P | 0455A | | 353A | 1159A | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 2015.00 |
| THU | 5/03/12 | | | TRANS | 0455A | | 1200A | | 1200A | | PHOL | 8.00 | 0 | 010.NA.PRODUCE.025000 | 2023.00 |
| FRI | 5/04/12 | 400A | | 1200P | 0455A | | 401A | 1204P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 2031.00 |
| SAT | 5/05/12 | 415A | L | 1215P | 0455A | | 411A | 1210P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 2039.00 |
| SUN | 5/06/12 | 400A | | 1200P | 0455A | | 407A | 1204P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 2047.00 |
| MON | 5/07/12 | 400A | L | 115P | 0455A | | 407A | 111P | 400A | 1200P | | 9.25 | 0 | 010.NA.PRODUCE.025000 | 2056.25 |
| THU | 5/10/12 | 400A | | 1200P | 0455A | | 405A | 1200P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 2064.25 |
| FRI | 5/11/12 | 415A | L | 1215P | 0455A | | 408A | 1208P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 2072.25 |
| SAT | 5/12/12 | 415A | L | 1215P | 0455A | | 412A | 1208P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 2080.25 |
| SUN | 5/13/12 | 415A | L | 200P | 0455A | | 408A | 158P | 400A | 1200P | | 9.75 | 0 | 010.NA.PRODUCE.025000 | 2090.00 |
| MON | 5/14/12 | 415A | L 3 | 1215P | 0455A | | 412A | 120BP | 400A | 1200P | | 8.00 | 0 | 010.NA.KEYRTAILNG.025 | 2098.00 |

```
CSC4219                         iSeries Timekeeper: Southwest Division - 034HO              CLK100P
5/20/15  1147P                          PUNCH DETAIL HISTORY                                PAGE:  6
                                        6/01/11 THRU 6/01/12

                        *INVALID
```

| DAY | DATE | ---ROUNDED--- IN | OUT | | DAILY | NOTES | ---ACTUAL--- IN | OUT | --SCHEDULED-- IN | OUT | PAY CODE | SHIFT HOURS | AP | LABOR LVLS | WTD HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| THU | 5/17/12 | 400A | 1215P | L | 0455A | | 403A | 1200P | 400A | 1200P | | 8.25 | 0 | 010.NA.PRODUCE.025000 | 2106.25 |
| FRI | 5/18/12 | 415A L | 1230P | L | 0455A | | 408A | 1231P | 400A | 1200P | | 8.25 | 0 | 010.NA.PRODUCE.025000 | 2114.50 |
| SAT | 5/19/12 | 400A L | 1200P | | 0455A | | 407A | 1206P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 2122.50 |
| SUN | 5/20/12 | 415A L | 1215P | L | 0455A | | 410A | 1211P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 2130.50 |
| MON | 5/21/12 | 415A L | 1215P | L | 0455A | | 412A | 1212P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 2138.50 |
| THU | 5/24/12 | | TRANS | | 0455A | | 1200A | | 1200A | | VACD | 8.00 | 0 | 010.NA.PRODUCE.025000 | 2146.50 |
| FRI | 5/25/12 | | TRANS | | 0455A | | 1200A | | 1200A | | VACD | 8.00 | 0 | 010.NA.PRODUCE.025000 | 2154.50 |
| SAT | 5/26/12 | | TRANS | | 0455A | | 1200A | | 1200A | | VACD | 8.00 | 0 | 010.NA.PRODUCE.025000 | 2162.50 |
| SUN | 5/27/12 | | TRANS | | 0455A | | 1200A | | 1200A | | VACD | 8.00 | 0 | 010.NA.PRODUCE.025000 | 2170.50 |
| MON | 5/28/12 | | TRANS | | 0455A | | 1200A | | 1200A | | VACD | 8.00 | 0 | 010.NA.PRODUCE.025000 | 2178.50 |
| THU | 5/31/12 | 400A L | 1200P | | 0455A | | 407A | 1207P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 2186.50 |
| FRI | 6/01/12 | 415A L | 1215P | L | 0455A | | 410A | 1208P | 400A | 1200P | | 8.00 | 0 | 010.NA.PRODUCE.025000 | 2194.50 |

```
TOT HRS:          2194.50  WORKED        1874.50  NON-WORKED     320.00 PAID      2194.50 NON-PAID        .00 ADJUST        $.00
HOURS BY PAY CODE          REGULAR HOURS 1543.25  SUNDAY WORK-RE 280.00 OVERTIME    19.25 LH INDEPENDENC  8.00
HOURS BY PAY CODE          HOLIDAY 1+1/4X  32.00  LH LABOR DAY     8.00 VACATION DAY 80.00 VACATION WEEK 160.00
HOURS BY PAY CODE          PERSONAL HLDAY  40.00  LH THANKSGIVIN   8.00 LH CHRISTMAS  8.00 LH NEW YEARS D  8.00

** TOTALS
TOT HRS:          2194.50  WORKED        1874.50  NON-WORKED     320.00 PAID      2194.50 NON-PAID        .00 ADJUST        $.00
HOURS BY PAY CODE          REGULAR HOURS 1543.25  SUNDAY WORK-RE 280.00 OVERTIME    19.25 LH INDEPENDENC  8.00
HOURS BY PAY CODE          HOLIDAY 1+1/4X  32.00  LH LABOR DAY     8.00 VACATION DAY 80.00 VACATION WEEK 160.00
HOURS BY PAY CODE          PERSONAL HLDAY  40.00  LH THANKSGIVIN   8.00 LH CHRISTMAS  8.00 LH NEW YEARS D  8.00

** FINAL TOTALS
TOT HRS:          2194.50  WORKED        1874.50  NON-WORKED     320.00 PAID      2194.50 NON PAID        .00 ADJUST        $.00
HOURS BY PAY CODE          REGULAR HOURS 1543.25  SUNDAY WORK-RE 280.00 OVERTIME    19.25 LH INDEPENDENC  8.00
HOURS BY PAY CODE          HOLIDAY 1+1/4X  32.00  LH LABOR DAY     8.00 VACATION DAY 80.00 VACATION WEEK 160.00
HOURS BY PAY CODE          PERSONAL HLDAY  40.00  LH THANKSGIVIN   8.00 LH CHRISTMAS  8.00 LH NEW YEARS D  8.00
```

KROGER (SALINAS)   00354