# EXHIBIT 9

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 460-2013-00996 |

**Texas Workforce Commission Civil Rights Division** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Robert Salinas | [redacted] | |

| Street Address | City, State and ZIP Code |
|---|---|
| 330 Cummings, Rosenberg, TX 77471 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| KROGER TEXAS, L.P. | 500 or More | (281) 448-5555 |

| Street Address | City, State and ZIP Code |
|---|---|
| 24401 Brazos Town Crossing, Rosenberg, TX 77471 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 06-11-2011    Latest: 04-06-2012

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I have been employed by Kroger, whose employees are represented by the Respondent, and assigned to work in the Produce Department. During my tenure, I was sexually harassed by a co-worker. This person would grab and pinch my buttocks area, make inappropriate sexual comments and expressed threats of sexually assaulting me. These actions occurred on such a frequent basis that it created a hostile work environment. On more than one occasion, I advised my supervisor (Tony Medina) and Store Manager (Michael Childs). For a short period of time, they put us on different shifts, but Mr. Medina soon stopped this precaution. His disregard for my safety led to further sexual harassment. Eventually, on April 6, 2012, this employee assaulted me with a knife in the cooler while working. He approached me from behind and held a produce knife to my throat, then conveyed a threat of cutting off my head. I immediately reported this to Mr. Medina, but no action was taken that day. I reported this to the police and my co-worker was arrested for assault with a deadly weapon. He eventually pled guilty in court, mainly because there was a witness to his actions and he confessed. In the police report, it was put on record that Mr. Childs and Mr. Medina were aware of my reported concerns, yet their lack of action to remedy the situation placed my life in danger. Many of my reported concerns were forwarded through the union or made directly to them. I do not feel they took adequate action to protect me from discrimination or harm.

II. I believe I have been discriminated against due to my sex, in relation to sexual harassment, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br>*Robert Salinas* |
| 1-10-13    *Robert Salinas*<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year)<br>1-10 2013<br>GLENDA YVETTE FORD<br>MY COMMISSION EXPIRES<br>December 16, 2013 |

EEOC Form 5 (11/09)

KROGER (SALINAS) 00120

EEOC FORM 131 (11/09)     U.S. Equal Employment Opportunity Commission

| | |
|---|---|
| Ms. Martha Freitas<br>Human Resources Director<br>KROGER TEXAS, L.P.<br>19245 David Memorial Drive<br>Shenandoah, TX 77385 | **PERSON FILING CHARGE**<br><br>**Robert Salinas**<br>THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s)<br>EEOC CHARGE NO.<br>460-2013-00996 |

## NOTICE OF CHARGE OF DISCRIMINATION
(See the enclosed for additional information)

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act (Title VII)   [ ] The Equal Pay Act (EPA)   [ ] The Americans with Disabilities Act (ADA)

[ ] The Age Discrimination in Employment Act (ADEA)   [ ] The Genetic Information Nondiscrimination Act (GINA)

The boxes checked below apply to our handling of this charge

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **18-FEB-13** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [X] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by      **07-FEB-13**
   to   Jennifer Ortiz, ADR Coordinator, at (713) 651-4954
   If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information or any inquiry you may have should be directed to:

| Ryan Mays,<br>Investigator | Houston District Office<br>Total Plaza |
|---|---|
| EEOC Representative | 1201 Louisiana, Suite 600 |
| Telephone   (713) 651-4948 | Houston, TX 77002<br>Fax: (713) 651-4902 |

Enclosure(s): [X] Copy of Charge

**CIRCUMSTANCES OF ALLEGED DISCRIMINATION**

[ ] Race  [ ] Color  [X] Sex  [ ] Religion  [ ] National Origin  [ ] Age  [ ] Disability  [ ] Retaliation  [ ] Genetic Information  [ ] Other

See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| January 17, 2013 | R.J. Ruff, Jr.,<br>District Director | for Elizabeth Herdman |

KROGER (SALINAS) 00121