# EXHIBIT 10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT SALINAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.: 4:14-cv-03153 |
| | § | |
| KROGER TEXAS L.P., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

## AFFIDAVIT OF ATHAR BILGRAMI

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF MONTGOMERY | § |

1.      "My name is Athar Bilgrami.  I am over the age of eighteen (18) years, and fully competent to make this Affidavit.

2.      The facts in this Affidavit are within my personal knowledge and are true and correct, and I am qualified to make the statements in this Affidavit.

3.      I am currently employed as a Labor Relations Manager.

4.      I am a custodian of records for certain business records of Kroger.  The documents attached hereto, as Exhibits 2, 5, 7, and 8 are business records of Kroger.  These said documents are kept at Kroger, in the regular course of business, and it was the regular course of business of Kroger for an employee or representative, with knowledge of the act, event, condition, or opinion recorded, to make the record or to transmit information thereof to be included in such documents; and the documents were made at or near the time or reasonably soon thereafter.

5.      These documents are duplicates of the original with the exception of any redactions made for confidentiality purposes.

Further affiant sayeth not.

**[Signature to follow on next page]**

_____
Athar Bilgrami

7/28/15
_____
Date


STATE OF TEXAS                          §
                                        §
                                        §
COUNTY OF MONTGOMERY                     §

    BEFORE ME, the undersigned notary public, on this day personally appeared Athar Bilgrami, who being by me duly sworn, on his oath, deposed and said that he has read the above and foregoing affidavit; and that every statement contained therein is true and correct and within his personal knowledge.

    SUBSCRIBED AND SWORN TO BEFORE ME this 28th day of July _____ 2015.

SUEANNE K. WELLMAN
NOTARY PUBLIC
State of Texas
Comm. Exp. 11-21-2018

Sueanne K Wellman
Notary Public in and for
The State of Texas

2